ATTACHMENT A

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:16-CV-02459-SCJ |
| v. | ) ) ) | |
| THOMAS W. AVENT, JR., and RAYMOND J. PIRRELLO, JR., | ) ) ) | |
| Defendants. | ) | |

## THE PARTIES' AGREED *VOIR DIRE* QUESTIONS

By agreement, Plaintiff U.S. Securities and Exchange Commission ("the SEC") and Defendants Thomas W. Avent, Jr. and Raymond J. Pirrello, Jr. request that all of the following questions be asked during the *voir dire* examination of the jury panel, in addition to the Court's standard background questions to prospective jurors:

1. The trial of this case is expected to last at least two and possibly three weeks. Please raise your hand if you have any personal or family commitments which would prevent you from serving as a juror during this trial.

    Follow up.

2. Please raise your hand if you have any medical or physical conditions which would make it difficult for you to see or hear the evidence in this courtroom, or to sit for several hours at a time while evidence is being presented.

Follow up.

3. Please raise your hand if you take any medication that would prevent you from giving full attention to, or remembering, the evidence at this trial.

Follow up.

4. Please raise your hand if you personally know any of the following persons who may testify in this case:

Thomas Avent, Lawrence Penna, Mark Penna, Raymond Pirrello, Matthew Cain, Mark Abrams, Steven Trigili, Heidi Murdy-Michaels, Sam McGarr, Rebecca Hollenbeck or Oliver Rich.

5. This case involves allegations of insider trading. Please raise your hand if you feel that you personally have a very good understanding of what is meant by the term "insider trading."

Follow up:

- What is your understanding of insider trading?

- How did you gain this understanding?
- Do you know someone who has ever been accused of insider trading?

6. Please raise your hand if you have read or heard anything about this case before today.

   Follow up:
   - Please tell us about what you read or heard.
   - When and where did you read or hear that?
   - Does what you read or heard leave you with any opinions or beliefs about this case?

7. Please raise your hand if you have ever bought or sold stocks of individual companies, separate and apart from any mutual funds.

   Follow up:
   - Please tell us about your experience investing in individual stocks.
   - How often have you invested or traded in individual stocks?
   - How generally did you decide what individual stocks to buy or sell?

8. Please raise your hand if you have ever bought or sold stock options.

   Follow up:

   - Please tell us about your experience with stock options.
   - How often have you traded options?
   - Why options rather than stock?

9. Please raise your hand if from time to time you follow news about the stock market or investments.

   Follow up:

   - What sources of information do you follow or rely on?
   - How often do you read or listen to your usual sources of information?

10. Please raise your hand if you have ever earned a substantial portion of your annual income from investments.

    Follow up:

    - What kind of investments have you owned?
    - Do you receive investment advice or recommendations from a broker or financial adviser?
    - On what else did you base your investment decisions?

11. Please raise your hand if you have ever filed a lawsuit, been named as a defendant in a lawsuit, or have ever testified as a witness in a lawsuit.

Follow up:

- Please tell us about that.
- Does that experience leave you with any impressions about trials or effect the way you see this case?

12. Please raise your hand if you, or any members of your family, or any of your close friends, has ever been accused of violating the law (other than a minor traffic offense).

Follow up:

- Please tell us about that experience.
- Does that experience leave you with any impressions of law enforcement?

13. By a show of hands, how many of you have ever worked in the securities industry? How many of you have a member of your family, or a close friend, who has worked in the securities industry?

Follow up:

- Tell us about what you (or your family member or friend) did in the securities industry.

- Name of the firm(s) or companies.

- How long did they work in the securities industry?

- Did you (or your family member or friend) have any experience working with the SEC or regulatory authorities like FINRA?

14. This case is important, both to the Securities and Exchange Commission and to the Defendants, and you must be fair and impartial to both sides. Is there anything about you, your background or your personal circumstances that the Court and the attorneys should know in considering whether you would be able to serve impartially as a juror in this case? If so, please raise your hand.

15. Please raise your hand if you regularly use social media (Facebook, Instagram, Twitter, or LinkedIn).

Follow up:

- Which App(s) do you use?

- How often do you use it/them?

- Did you post anything about being called to jury duty?

16. Please raise your hand if from time to time you have read books or watched movies about lawyers, trials, or the justice system.

Follow up:

- Which books or movies?
- What did you find most interesting about them?
- Any involving the SEC or insider trading?

17. Please raise your hand if you, your spouse or a close personal friend have had any education, training, employment or other work experience in any of the following areas?

Law, Law Enforcement, Finance, Banking, Securities, Private Equity, Accounting, Bookkeeping, Business, or Consulting,

Follow up:

- Who do you know with that kind of experience?
- In which area?
- Tell us more about their work in that field, please.

18. Please raise your hand if you or anyone in your family has ever been employed by the government (federal, state, county, or municipal).

Follow up:

- Please describe the type of work and the time period of the employment.

19. How many of you would say that you are either very knowledgeable or very experienced regarding investments?

   Follow up:

   - Please tell us how you came by that knowledge or experience.

20. For those of you who invest (in stocks, bonds, mutual funds, commodities or derivatives), how many of you would say that your general investment strategy is aggressive, speculative or risky?  How many of you would say that your general strategy or approach to investing is conservative or risk averse?

21. How many of you are familiar with KPMG or other large accounting firms?

   Follow up:

   - How are you familiar with KPMG (or the other firm)?
   - How much do you know about what they do for clients?
   - Did you have a good or bad experience?

22. How many of you have any experience owning a business?

   Follow up:

   - Please tell us something about the business.
   - Do you still operate that business?

- Is/was the business a public company or a private company?

23. How many of you, when you heard about the case and the people involved, thought of one of your own experiences that has something in common with this case?

Follow up:

- Please tell us about your experience.
- What in this case made you think about that experience?

24. How many folks have worked for a company that was sold to or acquired by another company, or vice versa?

Follow up:

- Tell us about that, please.
- Was your company a public company or private?
- Was the other company a public company or private?
- Do you remember anything about the day that the deal was announced?
- Was there a big movement in the stock price?
- To your knowledge, was there any concern about insider trading?

25.     For those of you who did not raise your hand in response to that last question, how many of you work now for private company; that is, a company whose stock is not traded publicly?  How many of you have a friend or family member who works for a private company?

26.     How many of you work for a public company; that is, a company whose stock is traded publicly?  How many of you have a friend or a family member who works for a public company?

27.     Please raise your hand if you know any of the attorneys or law firms involved in this case, including:

Robert Moye, John Birkenheier, Pat Huddleston, Ruta Dudenas, Todd Harrison, James Cobb, Brandon Waddell, Martin Kaplan, Christopher Albanese, Jeffrey Zachman, Greg Brow; or

Caplan Cobb LLP, McDermott Will & Emery LP, Gusrae Kaplan Nusbaum PLLC, Dentons US LLP

Follow up.

28.     The SEC is an independent agency of the U.S. government.  Some people have a distrust of the government or anything that a law enforcement agency does.  Please raise your hand if you are often suspicious of anything the government or a law enforcement agency does.

Follow up:

- Tell us more please.

- How do you think those views affect how you see this case here at the outset?

- Does anyone have feelings about the SEC that might color how you approach this case?

Dated:  July 21, 2017.  /s/Robert M. Moye_____
John E.  Birkenheier
Georgia Bar No. 058158
birkenheierj@sec.gov
Robert M. Moye (admitted *pro hac vice*)
Illinois Bar No. 6225688
moyer@sec.gov
Ruta G. Dudenas (admitted *pro hac vice*)
Illinois Bar No. 6274848
dudenasr@sec.gov
SECURITIES AND EXCHANGE
COMMISSION
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois  60604
(312) 353-7390

Pat Huddleston II
Georgia Bar No. 373984
huddlestonp@sec.gov
SECURITIES AND EXCHANGE
COMMISSION
950 East Paces Ferry, N.E., Suite 900
Atlanta, GA 30326-1382
(404) 842-7616

*Attorneys for Plaintiff Securities
 and Exchange Commission*

*/s/Todd Harrison*
Todd Harrison (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LP
340 Madison Avenue
New York, NY 10173
(212) 547-5727

James W. Cobb
Georgia Bar No. 420133
T. Brandon Waddell
Georgia Bar No. 252639
CAPLAN COBB LLP
75 Fourteenth Street NE, Suite 2750
Atlanta, GA  30309
(404) 596-5600

*Attorneys for Defendant Thomas W. Avent, Jr.*


*/s/ J. Christopher Albanese*
Martin H. Kaplan, Esq.
J. Christopher Albanese
Gusrae Kaplan Nusbaum, PLLC
120 Wall St.
25th Fl.
New York, NY 10005

*Attorneys for Defendant Raymond J. Pirrello, Jr.*

13

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017, I caused **The Parties' Agreed *Voir Dire* Questions** to be filed with the Clerk of Court using the Court's CM/ECF system, which sends notification of this filing to all counsel of record.

*/s/ Robert M. Moye*
Robert M. Moye
