ATTACHMENT B-1

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:16-CV-02459-SCJ |
| v. | ) ) | |
| THOMAS W. AVENT, JR., and RAYMOND J. PIRRELLO, JR., | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S PROPOSED ADDITIONAL *VOIR DIRE* QUESTIONS**

In addition to the Court's standard questions to prospective jurors, Plaintiff Securities and Exchange Commission ("the SEC") respectfully requests permission to ask the following questions during its own *voir dire* examination of the jury panel:

1. The plaintiff in this case is the United States Securities and Exchange Commission or the "SEC." The SEC is an independent federal agency which is responsible for enforcing the securities laws. Please raise your hand if you, or a member of your family, or a close friend ever worked for, been investigated by, or been sued by, the SEC.

Follow up.

2. The jury's role is this case is very important, but limited. If the Defendants are found to have engaged in insider trading, it will be up to Judge Jones to decide on the appropriate remedy. Please raise your hand if you would not be able to decide the facts of this case without regard to the particular remedies Judge Jones might order if the Defendants were found liable.

3. At the end of the case, Judge Jones will explain the principles of law which you must follow in deciding the verdict. It is possible that you may feel that the law is more helpful to one side of this case than it is to the other; or that the law should be changed. Please raise your hand if you are not sure that you would be able to put aside any personal feelings and follow the law as instructed by Judge Jones.

4. The SEC is an independent agency of the U.S. government. Some people have a distrust of the government or anything that a law enforcement agency does. Please raise your hand if you are often suspicious of anything the government or a law enforcement agency does.

Follow up:

- Tell us more please.

- How do you think those views affect how you see this case here at the outset?
- Does anyone have feelings about the SEC that might color how you approach this case?

5. As you may know, in criminal cases the government is required to prove its case beyond a reasonable doubt. This is not a criminal case. In a civil case like this one, the plaintiff may prove its case by a standard known as a preponderance of the evidence. Please raise your hands if you feel that because the SEC is a law enforcement agency, and this case is about insider trading, the SEC should be required to offer proof of the facts beyond a reasonable doubt.

Follow up.

Dated:  July 21, 2017.                    /s/Robert M. Moye_____
John E.  Birkenheier
Georgia Bar No. 058158
birkenheierj@sec.gov
Robert M. Moye (admitted *pro hac vice*)
Illinois Bar No. 6225688
moyer@sec.gov
Ruta G. Dudenas (admitted *pro hac vice*)
Illinois Bar No. 6274848
dudenasr@sec.gov
SECURITIES AND EXCHANGE COMMISSION
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois  60604
(312) 353-7390

Pat Huddleston II
Georgia Bar No. 373984
huddlestonp@sec.gov
SECURITIES AND EXCHANGE COMMISSION
950 East Paces Ferry, N.E., Suite 900
Atlanta, GA 30326-1382
(404) 842-7616

*Attorneys for Plaintiff Securities*
 *and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017, I caused **Plaintiff's Proposed Additional *Voir Dire* Questions** to be filed with the Clerk of Court using the Court's CM/ECF system, which sends notification of this filing to all counsel of record.

                                        */s/ Robert M. Moye*
                                        Robert M. Moye