## ATTACHMENT B-2

## DEFENDANT THOMAS AVENT'S PROPOSED VOIR DIRE

1. Have you ever invested in a public security (stocks)?

    a. Follow up.

2. Have you ever lost money in an investment?

    a. Follow up.

3. Have you ever worked with a stockbroker to purchase a security?

    a. Follow up.

4. Have you ever had an experience with a stockbroker where you felt like you had been misled or that the broker did not follow your instructions?

    a. Follow up.

5. Have you ever worked in the securities industry?

    a. Follow up.

6. Have you ever worked in the financial services industry?

    a. Follow up.

7. Have you ever worked in the accounting industry?

    a. Follow up.

8. Have you ever worked in a professional-service firm, like a law firm or an accounting firm?

      a. Follow up.

9. Have you ever worked in an industry that is regulated by the federal or state governments?

      a. Follow up.

10. Have you ever dealt directly with a federal or state regulator/regulating agency?

      a. Follow up.

11. In your work, do you come into contact with confidential information about publicly traded companies?

      a. Follow up.

12. In your work, are you responsible for maintaining the confidentiality of information relating to other parties, such as clients?

      a. Follow up.

13. Have you ever been wrongfully accused of a crime?

      a. Follow up.

14. Have you ever been accused of doing something wrong on the basis of a statement you made that was taken out of context?

      a. Follow up.

15. Have you ever accused someone else of doing something wrong on the basis of a statement that was taken out of context?

    a. Follow up.

16. Have you ever had a misunderstanding because something that you said or wrote was taken out of context?

    a. Follow up.

17. Have you ever been fired from a job for doing something that you didn't actually do?

    a. Follow up.

18. Would evidence about wealthy people, the financial industry, and multimillion-dollar transactions make it difficult for you to be fair and impartial in your decision in this case?

    a. Follow up.

19. Would your perception of how wealthy someone is make it difficult for you to be fair and impartial in your decision in this case?

    a. Follow up.

20. Would you have an unfavorable view of a person who lost a significant amount of money due to bad investment decisions?

    a. Follow up.

21. Would you have an unfavorable view of someone who lost a significant amount of money because he failed to monitor his investments closely?

   a. Follow up.

22. Would you have an unfavorable view of a someone who asked his stockbroker to reimburse him for losses in his investments?

   a. Follow up.

23. If someone lost hundreds of thousands of dollars in an investment that a stockbroker recommended, do you think it would be unreasonable for that person to invest more money with the same stockbroker?

   a. Follow up.

24. If someone lost hundreds of thousands of dollars because his stockbroker didn't follow his instructions, do you think it would be unreasonable for that person to invest more money with that same stockbroker?

   a. Follow up.

25. Do you have friends or family who work for the SEC?

   a. Follow up.

26. Do you have friends or family in law enforcement?

   a. Follow up.

27. Do you have a generally favorable view of law enforcement?

    a. Follow up.

28. Do you believe that the government should conduct a complete and thorough investigation before accusing a private citizen of fraud?

    a. Follow up.

29. Do you believe that law enforcement officers generally conduct a complete and thorough investigation before bringing charges against someone?

30. Do you know, personally or otherwise, any of the parties in this case:

    a. Thomas Avent, Jr.

        i. Do you have an unfavorable view of Mr. Avent?

    b. Raymond J. Pirrello, Jr.

31. Do you know, personally or by reputation, any of the attorneys in this case:

    a. John E. Birkenheier?

        i. Do you have a favorable view of Mr. Birkenheier?

    b. Robert Moye?

        i. Do you have a favorable view of Mr. Moye?

    c. Ruta Dudenas?

        i. Do you have a favorable view of Ms. Dudenas?

    d. Pat Huddleston?

    i. Do you have a favorable view of Mr. Huddleston?

 e. James Cobb?

    i. Do you have an unfavorable view of Mr. Cobb?

 f. Brandon Waddell?

    i. Do you have an unfavorable view of Mr. Waddell?

 g. Todd Harrison?

    i. Do you have an unfavorable view of Mr. Harrison?

 h. Martin Kaplan?

 i. Roland Riopelle?

 j. Gregory Brow?

32. Are you familiar with any of the following entities:

 a. KPMG?

    i. Do you have friends or family who work for KPMG?

    ii. Have you ever hired KPMG to perform any work?

 b. Garden State Securities, Inc.?

    i. Do you have a favorable view of Garden State Securities?

    ii. Do you have friends or family who work for Garden State Securities?

       iii. Have you ever used Garden State Securities as a broker or financial advisor?

33. Is there anything else that would make it difficult for you to be fair and impartial to Mr. Avent in this case, whether it be an experience, opinion, or anything else?

    a. Follow up.