ATTACHMENT B-3

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:16-CV-02459-SCJ |
| v. | ) ) | |
| THOMAS W. AVENT, JR., and RAYMOND J. PIRRELLO, JR., | ) ) ) | |
| Defendants. | ) | |

## PIRRELLO'S ADDITIONAL *VOIR DIRE* QUESTIONS

In addition to the Court's standard questions to prospective jurors, Defendant Pirrello requests permission to ask the following questions during its own *voir dire* examination of the jury panel:

1. Please raise your hand if you, or a member of your family, ever had other contact with the SEC or another securities regulator.

   Follow up.

2. Please raise your hand if you or anyone in your family has ever lodged a complaint regarding a brokerage firm or securities.

   Follow up.

3. Please raise your hand if you or anyone in your family has ever had a dispute with a brokerage firm.

Follow up.

4. Please raise your hand if you or anyone in your family has ever had a dispute with a registered representative (broker)?

Follow up.

5. Please raise your hand if you have ever lost money in the stock market.

Follow up.

Respectfully submitted,

*/s/ J. Christopher Albanese*
Martin H. Kaplan, Esq.
J. Christopher Albanese
Attorneys for Raymond Pirrello
Gusrae Kaplan Nusbaum, PLLC
120 Wall St.
25th Fl.
New York, NY 10005