**Attachment F-1**

**PLAINTIFF'S WITNESS LIST**

| WITNESS | SUMMARY | WILL/MAY CALL |
|---|---|---|
| Mark Abrams, c/o James Lawson, Esq., Prince Lobel Tye LLP One International Place, Suite 3700, Boston, MA 02110, (617)-456-8085 | His background; his relationship, interactions and communications with Pirrello; his purchases of the securities of Midas and BrightPoint before the acquisitions of those companies; and his purchase from Avent of a Note issued by CSC Group Holdings, LLC. | MAY CALL |
| Thomas W. Avent, Jr, c/o James Cobb, Esq., Caplan Cobb LLP, 75 Fourteenth Street, N.E., Suite 2750, Atlanta, GA 30309, (404)-596-5601. | His background, including his professional training, licenses, experience, and knowledge; his employment history; his finances; his communications and dealings with Pirrello; financial and other benefits received through his relationship with Pirrello; the NCR/Radiant engagement, the TBC/Midas engagement, the Tech Data/BrightPoint engagement; KPMG's policies and procedures regarding the safeguarding of confidential information and the prevention of insider trading; and his position with KPMG, LLP. | WILL CALL BY VIDEO DEPOSITION OR AS A LIVE WITNESS |

| | | |
|---|---|---|
| Matthew D. Cain, c/o Robert M. Moye and John E. Birkenheier, U.S. Securities and Exchange Commission, Chicago Regional Office, 175 W. Jackson Blvd., Suite 1450, Chicago, Illinois 60604 (312)- 353-7390 | His background and qualifications; the work he performed and the materials he considered; his conclusions; evaluation of stock price reactions of Radiant, Midas, and BrightPoint to three merger and acquisition ("M&A") announcements; assessment of whether news of the M&A events appears to have leaked into the market before the announcements; description of the trading around these three M&A events in the brokerage accounts of Lawrence Joseph Penna, Rosalee Penna, and Mark Penna (the "Penna Family Accounts") and in the accounts of other traders connected to Raymond J. Pirrello (the "Related Traders' Accounts"); calculation the gross gains and rates of return arising from their trading around these M&A events; and definitions of certain terms and concepts related to M&A events, trading in stocks and options, and rates of return. | WILL CALL |

| | | |
|---|---|---|
| Richard Cloyd, c/o John Hartmann, Esq. Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, (312)-862-2215 | His background; his relationship, interactions and communications with Pirrello, if any; his Garden State Securities account; his relationship, interactions and communications with Avent, if any; his role at KPMG; his lack of involvement in and knowledge of KPMG's engagements for NCR, TBC, and Tech Data with regard to the Radiant, Midas, and BrightPoint acquisitions. | MAY CALL |
| Brian Davis, c/o John Hartmann, Esq. Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, (312)-862-2215 | His background; his relationship, interactions and communications with Pirrello, if any; his Garden State Securities account; his relationship, interactions and communications with Avent, if any; his role at KPMG; his lack of involvement in and knowledge of KPMG's engagements for NCR, TBC, and Tech Data with regard to the Radiant, Midas, and BrightPoint acquisitions. | MAY CALL |
| Robert Desrosiers, c/o Corin Swift, Esq., Sidley Austin LLP, 85 Exchange Street, Portland, ME, 04101, (207)-780-8276 | His background; his interactions and communications with Pirrello; his interactions and communications with Avent; Avent's receipt of interest payments; and Avent's investment in and | MAY CALL |

3

| | | |
|---|---|---|
| | subsequent sale of a Note issued by CSC Group Holdings, LLC. | |
| Andrew Dunkinson, c/o John Hartmann, Esq. Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, (312)-862-2215 | His background; his relationship, interactions and communications with Pirrello, if any; his Garden State Securities account; his relationship, interactions and communications with Avent, if any; his role at KPMG; his lack of involvement in and knowledge of KPMG's engagements for NCR, TBC, and Tech Data with regard to the Radiant, Midas, and BrightPoint acquisitions. | MAY CALL |
| Shanna Hajdun, c/o Robert M. Moye and John E. Birkenheier, U.S. Securities and Exchange Commission, Chicago Regional Office, 175 W. Jackson Blvd., Suite 1450, Chicago, Illinois 60604 (312)- 353-7390 | Her review and analysis of forensic images of Pirrello and Penna's electronic devices; and summary exhibits regarding text messages and other information on those devices prepared under Rule 1006 of the Federal Rules of Evidence. | WILL CALL |
| John Halle, c/o Corin Swift, Esq., Sidley Austin LLP 85 Exchange Street, Portland, ME, 04101, (207)-780-8276 | His background; his interactions and communications with Pirrello; his interactions and communications with Avent; and Avent's investment in and subsequent sale of a Note issued by CSC Group | MAY CALL |

4

|  | Holdings. |  |
|---|---|---|
| Rebecca Hollenbeck, c/o Robert M. Moye and John E. Birkenheier, U.S. Securities and Exchange Commission, Chicago Regional Office, 175 W. Jackson Blvd., Suite 1450, Chicago, Illinois 60604 (312)- 353-7390. | Summary exhibit(s) regarding trading and investment records, banking records, telephone records, and public filings regarding Radiant and Midas tender offers, prepared under Rule 1006 of the Federal Rules of Evidence; and statements made by Pirrello during an investigative interview involving the SEC. | WILL CALL |
| Christopher Lane c/o MaryJeanette Dee, Sheppard Mullin, Richter & Hampton LLP, 30 Rockefeller Plaza, New York, NY 10112 (212)- 655-1730. | His background, role of Jefferies & Co., Inc. in the August 22, 2011 acquisition of Radiant Systems, Inc. ("Radiant"); the circumstances of the August 22, 2011 acquisition of Radiant by NCR Corporation; the expectations of confidentiality during the August 22, 2011 acquisition of Radiant; and the events preceding that acquisition. | MAY CALL |
| Sean Madnani c/o Mark D. Knoll, Bresler, Amery & Ross, P.C., 17 State Street, 34th Floor, New York, NY 10004 (212)- 510-6901 | His background, role of Blackstone Advisory Partners LP in the October 15, 2012 acquisition of BrightPoint, Inc. ("BrightPoint"); the circumstances of the October 15, 2012 acquisition of BrightPoint by Ingram | MAY CALL |

5

| | | |
|---|---|---|
| | Mircro, Inc.; the expectations of confidentiality during the October 15, 2012 acquisition of BrightPoint; and the events preceding that acquisition. | |
| Samuel McGarr, c/o John Hartmann, Esq. Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, (312)-862-2215 | His background; his relationship, interactions and communications with Pirrello; his Garden State Securities account; his relationship, interactions and communications with Avent; his role at KPMG, his lack of involvement in and knowledge of KPMG's engagements for NCR, TBC, and Tech Data with regard to the Radiant, Midas, and BrightPoint acquisitions; and KPMG's policies and procedures regarding the safeguarding of confidential information and the prevention of insider trading. | WILL CALL |
| John McKee, c/o John Hartmann, Esq. Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, (312)-862-2215 | His background; his relationship, interactions and communications with Pirrello, if any; his Garden State Securities account; his relationship, interactions and communications with Avent, if any; his role at KPMG; his lack of involvement in and | MAY CALL |

6

|  | knowledge of KPMG's engagements for NCR, TBC, and Tech Data with regard to the Radiant, Midas, and BrightPoint acquisitions. |  |
|---|---|---|
| Heidi Murdy-Michael of KPMG, c/o John Hartmann, Esq. Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, (312)-862-2215. | Her background; her role at KPMG; the KPMG Independence Compliance System; KPMG's policies and procedures for ensuring the independence of KPMG's personnel from the firm's audit clients; and KPMG's policies and procedures regarding the safeguarding of confidential information and the prevention of insider trading. | WILL CALL |
| Lawrence J. Penna, c/o Roland Riopelle, Esq. Sercarz & Riopelle, LLP, 810 Seventh Avenue, Suite 620, New York, NY 10019, (212)-586-4900 | His background; his professional training, licenses, and experience; his employment history; his relationship, interactions and communications with Pirrello; his payments for Pirrello's benefit; his relationship, interactions and communications with Mark Penna; their purchases of securities of Radiant, Midas, and BrightPoint before the acquisitions of those issuers; his refusal to provide information to the SEC during its investigation. | WILL CALL |

| | | |
|---|---|---|
| Mark Penna, c/o Jerome Selvers, Esq., Sonnenblick Parker & Selvers 4400 Route 9 South, Freehold, NJ, 07728, (732)-431-1234 | His background; his interactions and communications with Larry Penna; his purchases and sales of securities of Radiant, Midas, and BrightPoint, for himself and others, around the acquisitions of those issuers. | WILL CALL |
| Raymond J. Pirrello, Jr. c/o Martin Kaplan, Esq., Gusrae Kaplan Nusbaum PLLC, 120 Wall Street, New York, NY 10005, (212)-269-1400 | His employment history; his relationship, interactions and communications with Avent; his relationship, interactions and communications with Penna; his interactions and communications with other persons who purchased securities of Radiant, Midas, and BrightPoint before the acquisitions of those issuers; his interactions and communications with KPMG personnel; his access to the KPMG KICS system; and Garden State Securities, policies and procedures regarding confidential information and the prevention of insider trading; Penna's payments for his benefit; Avent's purchase and sale of the CSG Holdings, LLC promissory note; his payment to Avent; his dispute over trading losses with Avent; his invocation of the Fifth Amendment | WILL CALL BY VIDEO DEPOSITION OR AS A LIVE WITNESS |

8

| | | |
|---|---|---|
| | during the SEC investigation. | |
| Garrett Poston c/o Antonia M. Apps, Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005-1413 (212)-530-5357 | His background; role of JPMorgan Chase in the April 30, 2012 acquisition of Midas Incorporated, Inc. ("Midas"); the circumstances of the April 30, 2012 acquisition of Midas by TBC Corporation; the expectations of confidentiality during the April 30, 2012 acquisition of Midas; and the events preceding that acquisition. | MAY CALL |
| Agent Oliver E. Rich c/o Kelly F. Gray, Esq. Federal Bureau of Investigation Atlanta Division 2635 Century Parkway, Suite 400 Atlanta, Georgia 30345 404.679.9000 | His background; his interview of Defendant Avent; statements Defendant Avent made during that interview. | MAY CALL |
| Anthony Sileo, c/o John Hartmann, Esq. Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, (312)-862-2215 | His background; his relationship, interactions and communications with Pirrello, if any; his Garden State Securities account; his relationship, interactions and communications with Avent, if any; his role at KPMG; his lack of involvement in and knowledge of KPMG's engagements for NCR, TBC, | MAY CALL |

9

| | | |
|---|---|---|
| | and Tech Data with regard to the Radiant, Midas, and BrightPoint acquisitions. | |
| Robert Soles, c/o John Hartmann, Esq. Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, (312)-862-2215 | His background; his relationship, interactions and communications with Pirrello, if any; his Garden State Securities account; his relationship, interactions and communications with Avent, if any; his role at KPMG; his lack of involvement in and knowledge of KPMG's engagements for NCR, TBC, and Tech Data with regard to the Radiant, Midas, and BrightPoint acquisitions. | MAY CALL |
| Truc To, c/o John Hartmann, Esq. Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, (312)-862-2215 | His background; his role at KPMG; his lack of interactions and communications with Pirrello; his lack of a Garden State Securities account; his relationship, interactions and communications with Avent; his involvement in and knowledge of KPMG's engagements for NCR, TBC, and Tech Data with regard to the Radiant, Midas, and BrightPoint acquisitions. | MAY CALL |
| Steven D. Trigili, c/o Robert Rabinowitz, Esq., Becker & Poliakoff Becker & Poliakoff, | His background; his role at Garden State; his interactions with Pirrello; Garden State's policies and | WILL CALL |

10

| | | |
|---|---|---|
| 125 Half Mile Road, Suite 103, Red Bank, NJ 07701, (732)-842-1662. | procedures during the periods of time relevant to this action regarding, among other things, the prevention of insider trading and the safeguarding of confidential information; Pirrello's customers; and Pirrello's written disclosures and representations to GSS regarding his compliance with GSS' policies and procedures. | |
| Adam Uttley, c/o John Hartmann, Esq. Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, (312)-862-2215 | His background; his relationship, interactions and communications with Pirrello, if any; his Garden State Securities account; his relationship, interactions and communications with Avent, if any; his role at KPMG; his lack of involvement in and knowledge of KPMG's engagements for NCR, TBC, and Tech Data with regard to the Radiant, Midas, and BrightPoint acquisitions. | MAY CALL |

| | | |
|---|---|---|
| Chris Wardak, c/o John Hartmann, Esq. Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, (312)-862-2215 | His background; his relationship, interactions and communications with Pirrello, if any; his Garden State Securities account; his relationship, interactions and communications with Avent, if any; his role at KPMG; his lack of involvement in and knowledge of KPMG's engagements for NCR, TBC, and Tech Data with regard to the Radiant, Midas, and BrightPoint acquisitions. | MAY CALL |
| Thomas Wilson, c/o John Hartmann, Esq. Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, (312)-862-2215. | His background; his relationship, interactions and communications with Pirrello, if any; his Garden State Securities account; his relationship, interactions and communications with Avent, if any; his role at KPMG; his lack of involvement in and knowledge of KPMG's engagements for NCR, TBC, and Tech Data with regard to the Radiant, Midas, and BrightPoint acquisitions. | MAY CALL |
| Custodian(s) of records or other representative of KPMG, c/o John Hartmann, Esq. Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654, | His or her background; authenticity and explanation of documents and business records produced to the SEC during its investigation; identification of KPMG | MAY CALL |

| | | |
|---|---|---|
| (312)-862-2215 | personnel who billed time to the NCR/Radiant, the TBC/Midas, or the Tech Data/BrightPoint engagements. | |
| Roxanne Hollingsworth<br>c/o Legal Order Processing<br>Bank of America<br>DE5-024-02-08<br>P.O. BOX 15047<br>Wilmington, DE 19850<br>214-209-1399 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Matthew Kyle Osmera<br>Morgan Stanley<br>1221 Avenue of the Americas<br>New York, NY 10020<br>212-762-7084 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Frank Stepan<br>Morgan Stanley Private Bank<br>1633 Broadway, 26th Floor<br>New York, NY  10019<br>(212) 537-2840 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Jared Cook<br>Morgan Stanley Private Bank<br>1633 Broadway, 26th Floor<br>New York, NY  10019<br>(212) 537-2840 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Daryl Keith | Authenticity and | MAY CALL |

| | | |
|---|---|---|
| PNC Bank<br>4100 W. 150th St.<br>Cleveland, OH 44135 | explanation of documents and business records produced to the SEC during its investigation. | |
| Custodian of records or other representative of PNC Bank<br>4100 W. 150th St.<br>Cleveland, OH 44135 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Keith C. Herr<br>American Express<br>1500 NW 136th Avenue<br>Sunrise, Florida 33323<br>(954) 503-1202 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Lin Alderman<br>APEX Clearing<br>350 N St. Paul Street<br>Suite 1300<br>Dallas, TX 75201<br>214-765-1334 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Jeffrey Dow<br>Charles Schwab & Co., Inc.<br>211 Main Street, 6th Floor<br>San Francisco, CA 94105<br>415-667-7000 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Andy Uffelman<br>Charles Schwab & Co., Inc.<br>211 Main Street, 6th Floor<br>San Francisco, CA 94105<br>415-667-7000 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |

| | | |
|---|---|---|
| Darrell Pass<br>Charles Schwab & Co., Inc.<br>211 Main Street, 6th Floor<br>San Francisco, CA 94105<br>415-667-7000 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Thomas Walsh<br>E*Trade<br>Harborside 2<br>200 Hudson Street, Suite 501<br>Jersey City, NJ 07311<br>201-499-9830 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Lyssa Berlinguette<br>Fidelity Brokerage Services<br>3242 Peachtree Road, Suite 100<br>Atlanta, GA  30305<br>404-365-8104, x 52081 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Francine Lanaia<br>Meyers Associates<br>Windsor Street Capital LP<br>45 Broadway,<br>2nd Floor<br>New York, New York 10006<br>212-742-4200 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Alex Thorn<br>National Financial Services<br>200 Seaport Boulevard | Authenticity and explanation of documents and business records produced to the SEC during | MAY CALL |

| | | |
|---|---|---|
| Boston, MA 02210<br>617-563-7801 | its investigation. | |
| Kay Johnson<br>National Securities<br>1001 Fourth Avenue<br>Suite 3750<br>Seattle, WA 98154<br>206-343-6238 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Agnes Bullwinkle<br>Pershing LLC<br>300 Colonial Center Parkway<br>Suite 400<br>Lake Mary, FL 32746<br>321-249-4959 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Nina Weiss<br>Pershing Advisor Solutions<br>One Pershing Plaza, 4th Floor<br>Jersey City, NJ 07399<br>201-413-2000 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Susan Eckhardt<br>RBC Capital Markets LLC<br>RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402-4422<br>(612) 313-1445 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Daniel Parker, Jr.<br>RBC Capital Markets LLC<br>RBC Plaza<br>60 South Sixth Street | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |

| | | |
|---|---|---|
| Minneapolis, MN 55402-4422 (612) 313-1445 | | |
| Dan Garrett Stern, Agee & Leach, Inc. 2 Perimeter Park South, Suite 100W Birmingham, Alabama 35243 (205) 949-3500 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| David Walker AT&T Mobility Subpoena Center 208 S. Akard Street, 10th Floor M Dallas, TX 75202 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Baher Barsoum Cellco Partnership DBA Verizon Wireless Law Enforcement Resource Team 180 Washington Valley Road Bedminster, NJ 07921 908-306-7000 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Larry Jacobs Cox Communications – Central and Southeast Regions 3405 McLemore Drive Pensacola, FL 32514 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Tom Thiele Cablevision Systems Corporation | Authenticity and explanation of documents and business records | MAY CALL |

| | | |
|---|---|---|
| 1111 Stewart Ave.<br>Bethpage, NY 11714<br>516-803-2300 | produced to the SEC during its investigation. | |
| Lisa Taylor<br>Broadview Networks<br>800 Westchester Ave.<br>Rye Brook, NY 10573<br>914-922-7000 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |
| Adam Melzak<br>Monmouth Telecom<br>10 Drs James Parker Blvd #10<br>Red Bank, NJ 07701<br>732-704-1000 | Authenticity and explanation of documents and business records produced to the SEC during its investigation. | MAY CALL |