## Attachment F-2

DEFENDANT THOMAS W. AVENT, JR.'S WITNESS LIST

| Name | Contact Information (if available) | May Call / Will Call |
|---|---|---|
| Thomas W. Avent, Jr. | c/o James W. Cobb<br>CAPLAN COBB LLP<br>75 Fourteenth St. NE<br>Suite 2750<br>Atlanta GA, 30309 | Will Call |
| Murray Avent | c/o Todd Harrison<br>MCDERMOTT WILL & EMERY LP<br>340 Madison Avenue<br>New York, NY 10173 | Will Call |
| Ray Pirrello | c/o Martin H. Kaplan<br>GUSRAE, KAPLAN, NUSBAUM PLLC<br>120 Wall St.<br>25th Floor<br>New York, NY 10005 | May Call |
| Lawrence Penna | c/o Roland G. Riopelle<br>SERCARZ & RIOPELLE, LLP<br>810 Seventh Ave.<br>Suite 620<br>New York, NY 10019 | May Call |
| Sam McGarr | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| Mitchell Thweatt | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |

| Name | Contact Information (if available) | May Call / Will Call |
|---|---|---|
| Allison Laird | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| Thomas Wilson | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| Adam Uttley | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| Richard Cloyd | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| Greg Bell | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| Devon Bodoh | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| Paul Chance | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |

| Name | Contact Information (if available) | May Call / Will Call |
|---|---|---|
| Jeremy Dukes | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Dale Genetti | | May Call |
| Sam Kerlin | | May Call |
| William Kimble | | May Call |
| Robert Kozik | | May Call |
| Kelly Marro | | May Call |
| Justin Mead | | May Call |
| Audrey Merkel | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Rolando Mora | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Eric Mussler | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Kenneth Welch | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Travis Wolf | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Charlotte Scott | c/o John F. Hartmann | May Call |

| Name | Contact Information (if available) | May Call / Will Call |
|---|---|---|
|  | KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 |  |
| Kim Ferguson | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| Cheri Husney | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| Abby Sullivan |  | May Call |
| Gary Bedsole |  | May Call |
| Brandon Blewett |  | May Call |
| Bernard Cates | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| Ruta Dudenas | Securities and Exchange Commission<br>175 West Jackson Blvd.<br>Suite 900<br>Chicago, Illinois 60604 | May Call |
| Amy Cotter | Securities and Exchange Commission<br>175 West Jackson Blvd.<br>Suite 900<br>Chicago, Illinois 60604 | May Call |
| Robert Moye | Securities and Exchange Commission<br>175 West Jackson Blvd.<br>Suite 900<br>Chicago, Illinois 60604 | May Call |

4

| Name | Contact Information (if available) | May Call / Will Call |
|---|---|---|
| Oliver E. Rich, Jr. | | May Call |
| Joseph D. Stites | | May Call |
| Any representative of the Department of Justice who participated in the interview or investigation of Avent | | May Call |
| James Pappalardo | c/o Robert I. Rabinowitz<br>BECKER & POLIAKOFF<br>125 Half Mile Rd<br>Suite 103<br>Red Bank, NJ 07701 | May Call |
| Michael Buonacquista | c/o Robert I. Rabinowitz<br>BECKER & POLIAKOFF<br>125 Half Mile Rd<br>Suite 103<br>Red Bank, NJ 07701 | May Call |
| Jose Aldrich | | May Call |
| Gregory Barnes | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| Brad Benton | | May Call |
| Frank Breitenfeldt | c/o Paul S. Kish<br>KISH & LIETZ, P.C.<br>225 Peachtree St., N.E.<br>1700 South Tower<br>Atlanta, GA 30303 | May Call |
| Todd Cameron | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |

| Name | Contact Information (if available) | May Call / Will Call |
|---|---|---|
| Warren Carson | K c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Mario Dell'Aera | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Andrew Dunkinson | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Richard Hannmann | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Brent Johnson | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| William Kennerly | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| James Koenig | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Thomas M. Koncsics | c/o John F. Hartmann KIRKLAND & ELLIS | May Call |

| Name | Contact Information (if available) | May Call / Will Call |
|---|---|---|
| | LLP<br>300 North LaSalle<br>Chicago, IL 60654 | |
| David Leiter | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| David Marino | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| Milford McGuirt | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| Steven W. McLeighton | | May Call |
| Jeffrey A. Miskell | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| Phillip Oswalt | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| William Parker | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654 | May Call |
| Joseph Reid | c/o John F. Hartmann<br>KIRKLAND & ELLIS LLP | May Call |

| Name | Contact Information (if available) | May Call / Will Call |
|---|---|---|
|  | 300 North LaSalle Chicago, IL 60654 |  |
| John Riordan | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Julian Thomas |  | May Call |
| Martyn G. Till |  | May Call |
| Truc To | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Jean-Pierre Trouillot | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Chris Wardak |  | May Call |
| Jerry Weil |  | May Call |
| David White | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Charles Wilkins | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Any witness identified by Raymond Pirrello and/or the SEC |  | May Call |
| Any witness whose testimony may be used to rebut or impeach |  | May Call |

| Name | Contact Information (if available) | May Call / Will Call |
|---|---|---|
| Any witness needed to authenticate any document identified on Avent's Exhibit List | | May Call |
| KPMG LLP Document Custodian | c/o John F. Hartmann KIRKLAND & ELLIS LLP 300 North LaSalle Chicago, IL 60654 | May Call |
| Spectrotel, LLC Document Custodian | | May Call |
| Securities and Exchange Commission Document Custodian | Securities and Exchange Commission 175 West Jackson Blvd. Suite 900 Chicago, Illinois 60604 | May Call |
| Monmouth Telephone & Telegraph Document Custodian | | May Call |
| Document Custodian, Garden State Securities, Inc. | c/o Robert I. Rabinowitz BECKER & POLIAKOFF 125 Half Mile Rd Suite 103 Red Bank, NJ 07701 | May Call |
| Document Custodian, Pendulum Capital Markets, Inc. | | May Call |

Avent further reserves the right to amend this list to identify as potential witnesses (i) any persons that he later identifies as a result of additional information produced to him pursuant to outstanding subpoenas between the date that the parties submit this proposed pretrial order and the date of trial; and (ii) appropriate custodians for any additional documents produced to him pursuant to outstanding subpoenas during the same period.