IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : |
| V. | : Case No. 1:16-cv-02459-SCJ : |
| THOMAS W. AVENT, Jr., and RAYMOND J. PIRRELLO, Jr., | : : : |
| Defendants. | : |

### DEFENDANT RAYMOND J. PIRRELLO'S WITNESS LIST

1. Raymond J. Pirrello

2. Marc G. Abrams
   47 Naushon Circle
   Falmouth, MA

3. John Halle
   Marco Island, FL

4. James Pappalardo
   c/o Garden State Securities
   328 Newman Springs road,
   Red Bank, NJ 07701

5. Michael J. Buonacquista
   c/o Garden State Securities
   328 Newman Springs road,

    Red Bank, NJ 07701

6. Thomas Avent
   c/o James W. Cobb
   CAPLAN COBB
   75 Fourteenth Street N.E.
   Suite 2750
   Atlanta, Georgia 30309

Pirrello reserves the right to amend or supplement this witness list, based on additional information obtained prior to or after to the parties' Pre-Trial Conference. Pirrello, includes by reference both Plaintiff's witness list, as well as, Defendant Avent's witness list, and also reserves the right to call any of the witnesses on the Plaintiff's and Defendant's lists.

Dated: July 20, 2017

                                        */s/J. Christopher Albanese*
                                        Martin H. Kaplan, Esq.
                                        J. Christopher Albanese
                                        Attorneys for Raymond Pirrello
                                        Gusrae Kaplan Nusbaum, PLLC
                                        120 Wall St., 25th Fl.
                                        New York, NY 10005