**G-1**

## IN THE U.S. DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | Case No. 1:16-cv-02459-SCJ |
| | : | |
| THOMAS W. AVENT, Jr., and RAYMOND J. PIRRELLO, Jr., | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S TRIAL EXHIBITS

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 1. | Schedule 14D-9 filed by Radiant on 7/25/2011 | | |
| 2. | Schedule 14D-9 filed by Midas on 3/28/2012 | | |
| 3. | Schedule 14A filed by BrightPoint on 8/20/2012 | | |
| 4. | Engagement letter dated June 16, 2011 between Jefferies & Company, Inc. and Radiant | JEFF000099 to 111 | |
| 5. | Non-Disclosure Agreements for potential Radiant acquisition | JEFF000208 to 220 | |
| 6. | PowerPoint presentations | JEFF000234 to |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
|  | prepared by Jefferies regarding potential Radiant acquisition | 313 |  |
| 7. | Non-Disclosure Agreement between Midas and TBC, dated September 21, 2011 | JPM-AVENT_0000001 to 10 |  |
| 8. | November 18, 2011 letter from Midas to TBC | JPM-AVENT_0000014 to 18 |  |
| 9. | Non-Disclosure Agreements for potential BrightPoint acquisition | BX000001 to 16 |  |
| 10. | Engagement letter between Blackstone Advisory Partners LP ("Blackstone") and BrightPoint, executed on June 1, 2012, regarding potential BrightPoint acquisition | BX000017 to 26 |  |
| 11. | PowerPoint presentations prepared by Blackstone regarding potential BrightPoint acquisition | BX000027 to 107 |  |
| 12. | KPMG's Code of Conduct, section on "Privacy and Confidentiality," pages 26-27 | KPMG-BRIGHTPOINT-0009183-84 |  |
| 13. | KPMG Risk Management Manual, Chapter 11 on "Confidentiality and Privacy" | KPMG-BRIGHTPOINT-0010567 to 75 |  |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 14. | November 23, 2011 email from John Major attaching KPMG Announcement "T&R and M&A Tax Risk Management" | KPMG-BRIGHTPOINT-0010703 to 05 | |
| 15. | Garden State Securities: Broker-Dealer Written Supervisory Policies and Procedures, Insider Trading Sections, 5/4/2011 to 6/26/2011 | GSS-2132017-01959, -02045 to -02050 | |
| 16. | Garden State Securities: Broker-Dealer Written Supervisory Policies and Procedures, Insider Trading Section, 6/26/2011 to 6/29/2011 | GSS-2132017-02250, -02339 to -02344 | |
| 17. | Garden State Securities: Broker-Dealer Written Supervisory Policies and Procedures, Insider Trading Sections, 6/29/2011 to 9/25/2011 | GSS-2132017-02548, -02637 to -02642 | |
| 18. | Garden State Securities: Broker-Dealer Written Supervisory Policies and Procedures, Insider Trading Sections, 1/24/2012 to 2/9/2012 | GSS-2132017-04417, -04507 to -04512 | |
| 19. | Garden State Securities: Broker-Dealer Written | GSS-2132017-04730, -04820 to | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
|  | Supervisory Policies and Procedures, Insider Trading Sections, 2/9/2012 to 6/21/2012 | -04825 |  |
| 20. | Garden State Securities: Broker-Dealer Written Supervisory Policies and Procedures, Insider Trading Sections, 6/21/2012 to 6/25/2012 | GSS-2132017-05043,  -05137 to -05142 |  |
| 21. | Garden State Securities: Broker-Dealer Written Supervisory Policies and Procedures, Insider Trading Sections, 6/25/2012 to 9/12/2012 | GSS-2132017-05367, -05461 to -05466 |  |
| 22. | 2011 Broker-Dealer Annual Attestation for Raymond Pirrello, 11/9/2011 | SEC-GSS-E0001748 to 68 |  |
| 23. | 2012 Broker-Dealer Annual Attestation for Raymond Pirrello, 12/6/2012 | SEC-GSS-E0001769 to 89 |  |
| 24. | Summary of Pirrello's Text Messages with Penna from Larry Penna's ITunes Backup |  |  |
| 25. | Pirrello-Penna text messages recovered from Penna laptop | SEC-NX-C-07956-E-000856390 |  |
| 26. | FBI 302 Report:  Thomas |  |  |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Avent interview (redacted) on 8/31/2015 | | |
| 27. | Radiant Call and Text Timeline – 7/6/2011 to 7/11/2011 – Summary of Communications Involving Defendants and Others | | |
| 28. | Radiant Call and Text Timeline – 6/1/2011 to 7/11/2011 – Summary of Communications Involving Defendants | | |
| 29. | Midas Call and Text Timeline – 2/2/2012 to 3/13/2012 – Summary of Communications Involving Defendants and Others | | |
| 30. | Midas Call and Text Timeline – 1/3/2012 to 3/13/2012 – Summary of Communications Involving Defendants | | |
| 31. | BrightPoint Call and Text Timeline – 6/7/2012 to 7/2/2012 – Summary of Communications Involving Defendants | | |
| 32. | BrightPoint Call and Text Timeline – 6/22/2012 to 7/2/2012 – Summary of Communications Involving | | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Defendants and Others | | |
| 33. | Summary of Penna RADS and MDS Trading Profits and Payments to Pirrello | | |
| 34. | Summary of Thomas Avent Transactions – CSC Group Holdings Note | | |
| 35. | Summary of Avent's 2013 to 2015 Deposits into His Garden State Securities Account and Related Investments | | |
| 36. | Summary of Avent Comic Book Purchases and Sales – 1/26/2011 to 12/6/2012 | | |
| 37. | Summary of NCR's Steps towards Radiant Tender Offer | | |
| 38. | Summary of TBC's Steps towards MIDAS Tender Offer | | |
| 39. | RADS Price and Volume chart, Exhibit 1a to Matthew Cain Report | | |
| 40. | MDS Price and Volume chart, Exhibit 1b to Matthew Cain Report | | |
| 41. | CELL Price and Volume | | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
|  | chart, Exhibit 1c to Matthew Cain Report |  |  |
| 42. | Event Date Returns for Market, Industry and Company, Exhibit 2 to Matthew Cain Report |  |  |
| 43. | Penna Family Accounts' Trades in CELL, MDS and RADS, Exhibit 5 to Matthew Cain Report |  |  |
| 44. | Penna's Trading Around Radiant System's July 12, 2011 Announcement, Exhibit 6a to Matthew Cain Report |  |  |
| 45. | Penna's Trading Around Midas March 13, 2012 Announcement, Exhibit 6b to Matthew Cain Report |  |  |
| 46. | Penna's Trading Around BrightPoint's July 2, 2012 Announcement, Exhibit 6c to Matthew Cain Report |  |  |
| 47. | Penna Family Accounts' Trading Profits, Exhibit 7 to Matthew Cain Report |  |  |
| 48. | Related Traders' Trades in CELL, MDS, and RADS, Exhibit 8 to Matthew Cain Report |  |  |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 49. | Related Traders' Accounts' Trading Profits, Exhibit 9 to Matthew Cain Report | | |
| 50. | Summary of Trading Profits in the Related Traders' Accounts, Exhibit 10 to Matthew Cain Expert Report | | |
| 51. | RADS Price and Volume, Exhibit 19 to Matthew Cain Report | | |
| 52. | MDS Price and Volume, Exhibit 20 to Matthew Cain Report | | |
| 53. | CELL Price and Volume, Exhibit 21 to Matthew Cain Report | | |
| 54. | RADS Acquisition Returns Compared to Market and Industry, Exhibit 22 to Matthew Cain Report | | |
| 55. | MDS Acquisition Returns Compared to Market and Industry, Exhibit 23 to Matthew Cain Report | | |
| 56. | CELL Acquisition Returns Compared to Market and Industry, Exhibit 24 to Matthew Cain Expert | | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
|  | Report |  |  |
| 57. | Event Date Returns for Market, Industry, and Company, Exhibit 25 to Matthew Cain Report |  |  |
| 58. | Penna Trading Around Radiant System's July 12, 2011 Announcement, Exhibit 38 to Matthew Cain Report |  |  |
| 59. | Penna Trading Around Midas March 13, 2012 Announcement, Exhibit 39 to Matthew Cain Report |  |  |
| 60. | Penna Trading Around BrightPoint's July 2, 2012 Announcement, Exhibit 40 to Matthew Cain Report |  |  |
| 61. | Penna Accounts Gross Profit Summary, Exhibit 41 to Matthew Cain Report |  |  |
| 62. | Related Trader Accounts Gross Profit Summary, Exhibit 42 to Matthew Cain Report |  |  |
| 63. | Related Trader Accounts: Trading Profits, Exhibit 43 to Matthew Cain Report |  |  |
| 64. | Related Trader Accounts: |  |  |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Trading Profits, Exhibit 44 to Matthew Cain Report | | |
| 65. | Summary of Trading Profits in the Related Trader Accounts, Exhibit 45 to Matthew Cain Report | | |
| 66. | 6/23/2011 email to Avent and others regarding NCR Opportunity | KPMG-BRIGHTPOINT-0000105 to 108 | |
| 67. | 6/23/2011 email from Avent regarding NCR Opportunity | KPMG-BRIGHTPOINT-0000109-110 | |
| 68. | 6/23/2011 email from Avent regarding Procedures and Request List | KPMG-BRIGHTPOINT-0000098 to 104 | |
| 69. | 7/4/2011 email from Thweatt re: Project Ranger Tax DDR | KPMG-BRIGHTPOINT-0002822 to 2875 | |
| 70. | 7/4/2011 emails re:  Project Ranger - Lux Structure | KPMG-BRIGHTPOINT-0000076 to 78 | |
| 71. | 7/4/2011 emails regarding DD Reports | KPMG-BRIGHTPOINT-0001872 | |
| 72. | 7/5/2011 email from Avent regarding Project Ranger DRAFT TDD Report | KPMG-BRIGHTPOINT-0001809 to | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | | 1862 | |
| 73. | 7/6/2011 emails from Jade Lim re: Signed SOW | KPMG-BRIGHTPOINT-0002580 to 81 | |
| 74. | 7/6/2011 email from Jade Lim providing NCR with Project Ranger Report | KMPG-BRIGHTPOINT-000528 | |
| 75. | 7/7/2011 emails re: Project Ranger report | KPMG-BRIGHTPOINT-0000517-518 | |
| 76. | 1/14/2012 email from Rubirosa regarding TBC \|\| Project Goldfinger | KPMG-BRIGHTPOINT-0001019 to 1020 | |
| 77. | 1/20/2012 email to Avent and others regarding Approval Requested: Expedited Engagement. | KPMG-BRIGHTPOINT-0001017 | |
| 78. | 1/23/2012 email from Marita Powell to Avent and others regarding No Subject-3157.EML | KPMG-BRIGHTPOINT-0001015  and spreadsheet attachment | |
| 79. | 1/24/2011 email from Joseph Luke re:  Goldfinger Engagement Update | KPMG-BRIGHTPOINT-0001013 | |
| 80. | 1/25/2012 emails re:  TBC \|\| Project Goldfinger | KPMG-BRIGHTPOINT-0000117 to 121 | |
| 81. | 2/7/2012 email from Avent | KPMG- | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | re:  Project Goldfinger (Midas) | BRIGHTPOINT -0000303 | |
| 82. | 2/8/2012 email from Avent re:  For Your Review - Goldfinger - DRAFT report_020812.pptx | KPMG- BRIGHTPOINT -0000233 | |
| 83. | 2/8/2012 email with attachment from Bass re: For Your Review - Goldfinger - DRAFT report_020812.pptx | KPMG- BRIGHTPOINT -0003168 to 3227 | |
| 84. | 2/9/2012 email with attachment from Avent re: Goldfinger - DRAFT report_020812.pptx | KPMG- BRIGHTPOINT -0001952 to 2011 | |
| 85. | 2/10/2012 emails re:  NOL Followup | KPMG- BRIGHTPOINT -0001950 to 1951 | |
| 86. | 6/21/2012 email to Avent and others regarding Project Bosh | KPMG- BRIGHTPOINT -0001487 | |
| 87. | 6/21/2012 emails re: Workpapers | KPMG- BRIGHTPOINT -0004068 to 72 | |
| 88. | 6/21/2012 email from Thweat re:  Project Bosh | KPMG- BRIGHTPOINT -0004046 | |
| 89. | 6/22/2012 email from Avent re:  Project Bosh | KPMG- BRIGHTPOINT | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | | -0004272 to 73 | |
| 90. | 6/22/2012 email with attachments from Truc To re: Dataroom Access | KPMG-BRIGHTPOINT-0001445 to 62 | |
| 91. | 6/26/2012 email to Avent regarding Project Bosh - Questions for the Tax Call at 6 | KPMG-BRIGHTPOINT-0001304 to 1318 | |
| 92. | 6/29/2012 email from Avent re: Project Bosh Draft Key Findings Report 6 28 12.pptx | KPMG-BRIGHTPOINT-0004253 to 4262 | |
| 93. | 6/29/2012 email from Avent re: Project Bosh | KPMG-BRIGHTPOINT-0004252 | |
| 94. | 6/29/2012 email from Truc re: Draft KPMG report on financial matters | KPMG-BRIGHTPOINT-0003795 to 3796 | |
| 95. | Promissory Note for $500,000 | TWA0000319 to 320 | |
| 96. | Summary of Text Messages between Avent and Pirrello | | |
| 97. | Text report/log from IT consultant produced by Avent | TWA0003326 | |
| 98. | 10/16/2008 emails between Avent and Pirrello re: | TWA0001120 to 1122 | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Personal and Confidential | | |
| 99. | 3/30/2011 and 4/11/2011 emails between Avent and Pirrello re:  Wire Transfer | KPMG-BRIGHTPOINT-0006993 | |
| 100. | 3/30/2011 emails between Avent and Victoria Freund re:  Preliminary Report Independence Audit (August 2010 Notice) | KMPG-BRIGHTPOINT-0006573 to 75 | |
| 101. | 7/11/2011 email from Avent to Pirrello re:  Agreement | KMPG-BRIGHTPOINT-0006734 to 35 | |
| 102. | 7/12/2011 email from Avent to Pirrello re:  CSC | KPMG-BRIGHTPOINT-0006772 | |
| 103. | 8/5/2011 email from Avent to Pirrello re:  Settlement Agreement | KMPG-BRIGHTPOINT-000678 | |
| 104. | 8/5/2011 emails between Avent and Pirrello re: Settlement Agreement | KMPG-BRIGHTPOINT-0006730 to 32 | |
| 105. | 8/5/2011 emails from Avent to Pirrello re: Settlement Agreement | KMPG-BRIGHTPOINT-0006777 to 79 | |
| 106. | 8/5/2011 emails between Avent and Pirrello re: Settlement Agreement | KMPG-BRIGHTPOINT-0006781 to 83 | |
| 107. | 8/7/2011 email from Avent to Pirrello re Our | KMPG-BRIGHTPOINT | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Agreement | -0006726 to 27 | |
| 108. | 8/31/2011 email from Avent to Pirrello re: CSCGH Raise Docs FINAL | KMPG-BRIGHTPOINT -0006604 to 05 | |
| 109. | 1/3/2012 email from Avent to Pirrello re:  CSCGH Raise Docs FINAL | KMPG-BRIGHTPOINT -0006749 to 51 | |
| 110. | 1/4/2012 email from Avent to Pirrello re:  CSCGH Note | KMPG-BRIGHTPOINT -0006747 to 48 | |
| 111. | 8/23/2012 email from Avent to Pirrello re: CSCGH Raise Docs FINAL | TWA0001177 to 82 | |
| 112. | 12/19/2013 email with attachments from Avent to Pirrello re:  FW:  Pirrello | TWA0001093 to 97 | |
| 113. | Record of $50,245 deposit into Avent's Bank of America account, 11/18/2011 | SEC-BOA-E-0001254 to 1257 | |
| 114. | Record of $250,000 wire transfer into Avent's Bank of America account, 9/21/2012 | SEC-BOA-E-0001939 | |
| 115. | Investor History Recap for Mark Abrams & Tom Avent | SEC BP 00317 | |
| 116. | Avent's CSC Group | SEC BP 00014 | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Holdings LLC subscription agreement, 2/15/2011 | to 27 | |
| 117. | Avent's 1st Amended Priority Note for CSC Group Holdings, LLC, 4/1/2012 | TWA0001157 to 1163 | |
| 118. | Emails between Desrosiers and Avent, 3/31/2012, 8/23/2012 and 8/29/2012 | SEC BP 00325 to 327 | |
| 119. | 8/31/2012 email from Desrosiers to Abrams and Avent regarding Note Transfer | SEC BP 00318 to 324 | |
| 120. | 8/31/2012 text message from Pirrello to Avent | TWA0003326 | |
| 121. | 9/5/2012 emails re: Note Transfer | TWA0001133 to 1150 | |
| 122. | 9/5/2012 emails regarding Note Transfer | TWA0001151-1163 | |
| 123. | 9/18/2012 emails between Avent and Abrams regarding Cate Street Note | TWA0001211 to 1213 | |
| 124. | 9/20/2012 email from Abrams re: Cate Street Note | TWA0001211 to 1213 | |
| 125. | 10/15/2012 email from Abrams re: Cate Street Note | TWA0001211 to 1213 | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | | | |
| 126. | 10/25/2012 email from Avent re: Note Transfer | SEC BP 00008 to 13 | |
| 127. | Abrams Consent to Note Amendment, 2/22/2013 | SEC BP 00419 to 420 | |
| 128. | Receipt of $5,000 payment to American Express from Bank of America on 07/18/2011 | SEC-AMEX-P-0000470 | |
| 129. | Receipt of $2,500 payment to American Express from Bank of America on 07/22/2011 | SEC-AMEX-P-0000471 | |
| 130. | Receipt of $14,000 payment to American Express from Bank of America on 03/20/2012 | SEC-AMEX-P-0000474 | |
| 131. | American Express Statements for Pirrello Account, 1/21/2011 through 12/21/2012 | SEC-AMEX-P-0000049 to 457 | |
| 132. | American Express account opening documents for Pirrello Account | SEC-AMEX-P-0000008 | |
| 133. | American Express Statements for Pirrello Account, 7/21/2011 | SEC-AMEX-P-0000156 to 171 | |
| 134. | American Express Statements for Pirrello | SEC-AMEX-P-0000172 to 189 | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Account, 8/21/2011 | | |
| 135. | American Express Statements for Pirrello Account, 3/21/2012 | SEC-AMEX-P-0000284-299 | |
| 136. | Account Opening Document for Bank of America account for Portsmouth Venture Sales LLC | SEC-BOA-P-0000004 to 11 | |
| 137. | Bank of America statement for Portsmouth Venture Sales account, 7/1 through 7/31/2011 | SEC-BOA-E-0002044 to 2047 | |
| 138. | Bank of America statement for Portsmouth Venture Sales account, 3/31/2012 | SEC-BOA-E-0002076 to 2079 | |
| 139. | Account Opening Document for Bank of America account for Avent | SEC-BOA-P-0000810 | |
| 140. | Bank of America statements for Avent account, 12/25/2010 through 1/24/2011 | SEC-BOA-E-0001694 to 1699 | |
| 141. | Bank of America statement for Avent account, 1/25/2011 through 2/18/2011 | SEC-BOA-E-0001708 to 1713 | |
| 142. | Bank of America statement for Avent account, | SEC-BOA-E-0001718 to 1723 | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | 2/8/2011 through 3/11/2011 | | |
| 143. | Bank of America statement for Avent account, 3/12/2011 through 4/11/2011 | SEC-BOA-E-0001728 to 1733 | |
| 144. | Bank of America statement for Avent account, 4/12/2011 through 5/10/2011 | SEC-BOA-E-0001738 to 1741 | |
| 145. | Bank of America statement for Avent account, 5/11/2011 through 6/10/2011 | SEC-BOA-E-0001746 to 1749 | |
| 146. | Bank of America statement for Avent account, 7/12/2011 through 8/11/2011 | SEC-BOA-E-0001762 to 1765 | |
| 147. | Bank of America statement for Avent account, 8/12/2011 through 9/12/2011 | SEC-BOA-E-0001770 to 1773 | |
| 148. | Bank of America statement for Avent account, 9/13/2011 through 10/11/2011 | SEC-BOA-E-0001778 to 1783 | |
| 149. | Bank of America statement for Avent account, 10/12/2011 through 11/8/2011 | SEC-BOA-E-0001788 to 1793 | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
|  |  |  |  |
| 150. | Bank of America statement for Avent account, 11/9/2011 through 12/9/2011 | SEC-BOA-E-0001798-1801 |  |
| 151. | Bank of America statement for Avent account, 12/10/2011 through 1/10/2012 | SEC-BOA-E-0001806 to 1809 |  |
| 152. | Bank of America statement for Avent account, 1/11/2012 through 2/8/2012 | SEC-BOA-E-0001814 to 1817 |  |
| 153. | Bank of America statement for Avent account, 2/9/2012 through 3/12/2012 | SEC-BOA-E-0001822 to 1825 |  |
| 154. | Bank of America statement for Avent account, 3/13/2012 through 4/10/2012 | SEC-BOA-E-0001826 to 1829 |  |
| 155. | Bank of America statement for Avent account, 4/11/2012 through 5/10/2012 | SEC-BOA-E-0001830 to 1833 |  |
| 156. | Bank of America statement for Avent account, 5/11/2012 through 6/11/2012 | SEC-BOA-E-0001834 to 1839 |  |
| 157. | Bank of America statement | SEC-BOA-E- |  |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
|  | for Avent account, 6/12/2012 through 7/11/2012 | 0001840 to 1843 |  |
| 158. | Bank of America statement for Avent account, 7/12/2012 through 8/13/2012 | SEC-BOA-E-0001844 to 1849 |  |
| 159. | Bank of America statement for Avent account, 8/14/2012 through 9/10/2012 | SEC-BOA-E-0001850 to 1853 |  |
| 160. | Bank of America statement for Avent account, 9/11/2012 through 10/11/2012 | SEC-BOA-E-0001854 to 1859 |  |
| 161. | Bank of America statement for Avent account, 10/12/2012 through 11/8/2012 | SEC-BOA-E-0001860 to 1863 |  |
| 162. | Bank of America statement for Avent account, 11/9/2012 through 12/10/2012 | SEC-BOA-E-0001864 to 1867 |  |
| 163. | Bank of America statement for Avent account, 12/11/2012 through 1/10/2013 | SEC-BOA-E-0001941 to 1946 |  |
| 164. | Morgan Stanley Bank, NA Portfolio Loan Account Application for Mark | MSPB_000001 to 5 and MSPB_000007 |  |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
|  | Abrams |  |  |
| 165. | Morgan Stanley Bank, NA Portfolio Loan Account approval letter for Mark Abrams, 5/17/2012 | MSPB_000006 |  |
| 166. | Morgan Stanley Bank, NA Portfolio Loan Account Disbursement Request Form for Abrams | MSPB_000035 to 36 |  |
| 167. | Account Opening Documents for PNC Bank account for Raymond J Pirrello and Danielle Pirrello | SEC-PNCBank-P-0000007 to 8 |  |
| 168. | PNC Bank statement for account of Raymond and Danielle Pirrello for 10/28/2011 to 11/28/2011 | SEC-PNCBank-P-0000040 to 43 |  |
| 169. | Pirrello's $50,000 check, payable to Cash | SEC-PNCBank-P-0000070 |  |
| 170. | Pirrello's $50,000 check, payable to himself | TWA0000325-326 |  |
| 171. | Account Opening Documents for Apex Clearing account for Thomas Avent Jr. | SEC-APEX-E-46 to 50 |  |
| 172. | Apex Clearing statements for Avent account for period of 4/1/2010 | SEC-APEX-E-57 to 74 |  |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | through 6/25/2010 and 7/1/2010 through 8/31/2010 | | |
| 173. | Account Opening Documents for ETrade account in the name of Joseph Benucci | SEC-ETrade-P-12 to 13 | |
| 174. | ETrade statements for Benucci account for period of 1/1/2010 through 3/31/2014 | SEC-ETrade-E-764 to 922; and SEC-ETrade-E-1154 - 1166 | |
| 175. | Account Opening Documents for National Financial account in the name of Graham Defries | SEC-NSC-E-1 to 30; SEC-NFS-E-465 to 474 | |
| 176. | National Financial statements for Defries account for period of 7/1/2009 to 3/31/2013 | SEC-NFS-E-2369 to 3090 | |
| 177. | Account Opening Documents for Fidelity account in the name of Mark Penna TTEE for Penna Family Trust FBO Lawrence Penna | SEC-NFS-E-426 to 446; SEC-NFS-E-448 to 452; SEC-NFS-E-454 to 464 | |
| 178. | Fidelity statements for Mark Penna trustee account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-2163 - 2368 | |
| 179. | Account Opening | SEC-NFS-E-382 | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Documents for Fidelity account in the name of Mark Penna TTEE for Penna Family Trust FBO Lawrence Penna | to 402; SEC-NFS-E-410 to 413; SEC-NFS-E-415 to 425 | |
| 180. | Fidelity statements for Mark Penna trustee account for period of 7/1/2009 to 9/30/2012 | SEC-NFS-E-1929 to 2162 | |
| 181. | Account Opening Documents for Fidelity account in the name of Lawrence Joseph Penna Rollover IRA | SEC-FIDELITY-E-2657 to 2682; SEC-FIDELITY-E-2699 to 2708 | |
| 182. | Fidelity statements for Lawrence Penna IRA account for period of 10/1/2009 to 11/30/2009 and 1/1/2011 to 12/31/2012 | SEC-FIDELITY-E-2709 to 2802 | |
| 183. | Account Opening Documents for Fidelity account in the name of Mark Penna | SEC-FIDELITY-E-336 to 339; FIDELITY-E-369 to 373 | |
| 184. | Fidelity statements for Mark Penna account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-975 to 1436 | |
| 185. | Account Opening Documents for Fidelity account in the name of | SEC-FIDELITY-E-127 to 129 | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Mark Penna Rollover IRA | | |
| 186. | Fidelity statements for Mark Penna IRA account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-975 to 1436 | |
| 187. | Account Opening Documents for Fidelity account in the name of Mark Penna Roth IRA | SEC-NFS-E-347 to 354; SEC-NFS-E-356 to 358 | |
| 188. | Fidelity statements for Mark Penna IRA account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-975 to 1436 | |
| 189. | Account Opening Documents for Fidelity account in the name of Mark Penna Custodian | NFS 5 to 12 | |
| 190. | Fidelity statements for Mark Penna custodial account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-975 to 1436 | |
| 191. | Account Opening Documents for Fidelity account in the name of Mark Penna Custodian for Damon Penna | SEC-FIDELITY-E-391 to 406 | |
| 192. | Fidelity statements for Mark Penna custodial account for period of 8/1/2009 to 10/31/2012 | SEC-NFS-E-975 to 1436 | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 193. | Account Opening Documents for Fidelity account in the name of Joseph Pennacchio TTEE Portsmouth Venture Sales LLC | NFS 13 to 24 | |
| 194. | Fidelity statements for Portsmouth Venture Sales account for period of 7/1/2009 to 12/31/2009 | NFS_25 to 64 | |
| 195. | Account Opening Documents for Fidelity account in the name of Mark Penna Roth IRA | NFS 5 to 12 | |
| 196. | Fidelity statements for Mark Penna IRA account for period of 11/1/2010 to 5/31/2011 | NFS_65 to 154 | |
| 197. | Account Opening Documents for Fidelity account in the name of Rosalie Penna | SEC-NFS-E-363 to 381 | |
| 198. | Fidelity statements for Rosalie Penna account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-1437 to 1928 | |
| 199. | Account Opening Documents for Fidelity account in the name of Custodian IRA FBO Rosalie | SEC-NFS-E-363 to 381 | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Penna | | |
| 200. | Fidelity statements for Rosalie Penna IRA custodial account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-1437 to 1928 | |
| 201. | Account Opening Documents for Fidelity account in the name of Custodian Roth IRA FBO Rosalie Penna | SEC-NFS-E-363 to 381 | |
| 202. | Fidelity statements for Rosalie Penna IRA custodial account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-1437 to 1928 | |
| 203. | Account Opening Documents for Fidelity account in the name of Rosalie Penna | SEC-NFS-E-363 to 381 | |
| 204. | Fidelity statements for Rosalie Penna account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-1437 to 1928 | |
| 205. | Meyers Associates account statements for period of 5/1/2013 to 1/31/2014 | SEC-MEYERS-E-15 to 22; SEC-MEYERS-E-31 to 43 | |
| 206. | Account Opening Documents for Morgan | SEC-MSSB-E-5129 to 5162 | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Stanley account in the name of Mark Abrams | | |
| 207. | Morgan Stanley statements for Mark Abrams account for period of 12/1/2010 to 2/28/2013 | SEC-MSSB-E-5165 to 5538 | |
| 208. | Account Opening Documents for Morgan Stanley account in the name of Mark Abrams | SEC-MSSB-E-5544 to 5558 | |
| 209. | Morgan Stanley statements for Mark Abrams account for period of 12/1/2010 to 2/28/2013 | SEC-MSSB-E-5559 to 6032 | |
| 210. | Account Opening Documents for Pershing account in the name of IRA FBO Lawrence J. Penna NM Wealth Management Co. as Custodian Rollover Account | SEC-Pershing-E-1222 to 1232 | |
| 211. | Pershing statements for Lawrence Penna custodial account for period of 5/1/2012 to 12/31/2012 | SEC-Pershing-E-1245 to 1366 | |
| 212. | Account Opening Documents for Pershing account in the name of IRA FBO Lawrence J. Penna NM Wealth Management Co. as Custodian Rollover | SEC-Pershing-E-1233 to 1237 | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Account | | |
| 213. | Pershing statements for Lawrence Penna custodial account for period of 12/1/2011 to 12/31/2012 | SEC-Pershing-E-1367 to 1529 | |
| 214. | RBC account statements for period of 7/1/2009 to 9/30/2013 | SEC-RBC-E-5 - 1059 | |
| 215. | Account Opening Documents for RBC account in the name of Jim Pappalardo c/o Garden State Securities | SEC-RBC-E-2668 to 79 | |
| 216. | RBC statements for Pappalardo account for period of 1/1/2010 to 11/30/2013 | RBCCM_2016.04.01_SEC_C-7956_001153 to 001184; SEC-RBC-E-2680 to 2811; SEC-RBC-E-3385 to 3388 | |
| 217. | Account Opening Documents for RBC account in the name of Raymond Pirrello Jr. | SEC-RBC-E-3165–3188 | |
| 218. | RBC statements for Pirrello account for period of 1/1/2010 to 12/31/2012 | RBCCM_2016.04.01_SEC_C-7956_000858 to 000922; SEC-RBC-E-3198 to 3359 | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 219. | Account Opening Documents for RBC account in the name of Raymond Pirrello Jr. SEP-IRA | SEC-RBC-E-3189 to 3197 | |
| 220. | RBC statements for Pirrello account for period of 1/1/2010 to 9/30/2010 | RBCCM_2016.04.01_SEC_C-7956_000923 to 000945 | |
| 221. | Account Opening Documents for Schwab account in the name of Kenton C. Keller Living Trust | SEC-Schwab-E-995 to 1003 | |
| 222. | Schwab statements for Keller trust account for period of 4/1/2010 to 3/31/2014 | SEC-Schwab-E-1012 to 1399 | |
| 223. | Account Opening Documents for Schwab account in the name of Mark Damon Penna TTEE for The Penna Family Irrevocable Trust | SEC-Schwab-E-2143 to 2146 | |
| 224. | Schwab statements for Penna trust account for period of 9/7/2012 to 12/31/2012 | SEC-Schwab-E-2269 to 2316 | |
| 225. | Account Opening Documents for Schwab account in the name of | SEC-Schwab-E-2139 to 2142 | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Mark Damon Penna Custodian | | |
| 226. | Schwab statements for Mark Penna custodial account for period of 9/7/2012 to 12/31/2012 | SEC-Schwab-E-2241 to 2268 | |
| 227. | Account Opening Documents for Schwab account in the name of Mark Damon Penna Roth IRA | SEC-Schwab-E-2147 to 2151 | |
| 228. | Schwab statements for Mark Penna account for period of 9/12/2012 to 12/31/2012 | SEC-Schwab-E-2317 to 2350 | |
| 229. | Account Opening Documents for Schwab account in the name of Mark Damon Penna IRA Rollover | SEC-Schwab-E-0002162 to 2165 | |
| 230. | Schwab statements for Mark Penna account for period of 9/7/2012 to 12/31/2012 | SEC-Schwab - E-2383 to 2418 | |
| 231. | Account Opening Documents for Schwab account in the name of Mark Damon Penna | SEC-Schwab-E-2196 to 2201 | |
| 232. | Schwab statements for Mark Penna account for | SEC-Schwab-E-2557 to 2580 | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | period of 9/7/2012 to 12/31/2012 | | |
| 233. | Account Opening Documents for Schwab account in the name of Noelle Penna Roth IRA | SEC-Schwab-E-2219 to 2228 | |
| 234. | Schwab statements for Noelle Penna account for period of 10/12/2012 to 12/31/2012 | SEC-Schwab-E-3065 to 3080 | |
| 235. | Account Opening Documents for Schwab account in the name of Mark Damon Penna Custodian | SEC-Schwab-E-2237 to 2240 | |
| 236. | Schwab statements for Mark Penna custodial for period of 9/7/2012 to 12/31/2012 | SEC-Schwab-E-3081 to 3104 | |
| 237. | Account Opening Documents for Schwab account in the name of Rosalie Penna IRA | SEC-Schwab-E-2152 to 2161 | |
| 238. | Schwab statements for Rosalie Penna account for period of 9/5/2012 to 12/31/2012 | SEC-Schwab-E-2351 to 2382 | |
| 239. | Account Opening Documents for Schwab account in the name of | SEC-Schwab-E-2166 to 2175 | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Rosalie Penna Roth IRA | | |
| 240. | Schwab statements for Rosalie Penna account for period of 9/5/2012 to 12/31/2012 | SEC-Schwab-E-2419 to 2446 | |
| 241. | Account Opening Documents for Schwab account in the name of Rosalie Penna | SEC-Schwab-E-2208 to 2218 | |
| 242. | Schwab statements for Rosalie Penna account for period of 9/5/2012 to 12/31/2012 | SEC-Schwab-E-3023 to 3064 | |
| 243. | Verizon records for 201-707-7137, and 201-851-1300 from 3/2/11 to 4/2/13 | SEC-Verizon-E-0005202 – 0005607 | |
| 244. | Verizon records for 201-522-9900, from 1/1/11 to 9/30/12 | SEC-Verizon-E-0008807 – 0009261 | |
| 245. | AT&T records for 201-851-1300, from 6/24/10 to 10/3/11 | SEC-ATT-E-0000053 – 0008960 | |
| 246. | AT&T records for 770-335-0476, from 1/1/11 to 10/1/12 and 3/1/14 to 11/21/14 | SEC-ATT-E-0158803 – 0164592 | |
| 247. | Monmouth records for 732-556-4781, from 1/3/11 to 9/28/2012 and 6/3/13 to | SEC-Monmouth-E-0000005 – | |

| | | | |
|---|---|---|---|
| | 6/24/12 | 0000008 | |
| 248. | Monmouth records for 732-280-6886, from 1/1/11 to 9/30/12 and 3/1/14 to 7/24/14 | SEC-Monmouth-E-0000013 – 0001410 | |
| 249. | Broadview Networks records, for 212-239-6703 from 1/3/11 to 8/13/13 | SEC-BN-E-0000001 | |
| 250. | Cablevision records for 732-534-0546, from 1/1/11 to 9/30/12 and 6/1/13-6/17/14 | SEC-CSC-E-0000019, 0000026 – 0000028 | |
| 251. | Verizon records for 917-239-0152, from 1/1/11 to 9/30/12 | SEC-Verizon-E-0010609 – 0010709, 0010718 - 0010801 | |
| 252. | Verizon records for 732-299-1006, from 1/1/11 to 9/29/12 | SEC-Verizon-E-0011346 – 0011465 | |
| 253. | Verizon records for 703-307-7009, from 10/3/11 to 6/11/12 and 2/4/13 to 6/18/13 | SEC-Verizon-E-0011497 – 0011606 | |
| 254. | Verizon records for 508-243-8339, from 1/3/12 to 9/30/12 | SEC-Verizon-E-0011668 – 0011719 | |
| 255. | Verizon records for 617-780-9332, from 1/3/12 to 9/28/12 | SEC-Verizon-E-0011842 – 0011893 | |

| 256. | AT&T records for 703-622-8202, from 10/1/11 to 9/30/12 | SEC-ATT-E-0150272 – 0153702 | |
|------|------|------|------|
| 257. | AT&T records for 404-661-8888, from 1/2/12 to 2/28/14 | SEC-ATT-E-0153712 – 0158247 | |
| 258. | Cox Communications records for 703-222-2322, from 2/1/12 to 9/30/12 and 6/1/13 to 6/14/14 | SEC-Cox-E-0000008 – 0000238 | |
| 259. | Amended Complaint in *Amr v. Sollitto* (10-cv-5194) filed on 2/1/2011 | | |
| 260. | First Amended Complaint in *Avent v. Pirrello* (1:16-cv-01127-TWT) filed on 6/9/2016 | | |
| 261. | Declaration of Thomas W. Avent, Jr. in *Avent v. Pirrello* (1:16-cv-01127-TWT) filed on 6/9/2016 | | |
| 262. | Defendant Raymond J. Pirrello, Jr.'s Answer in *SEC v. Avent* filed on 12/30/2016 (Docket No. 46-1) | | |
| 263. | Pirrello's Supplemental Response to the SEC's First Set of Interrogatories in *SEC v. Avent* dated 2/7/2017 | | |

| 264. | Avent's Responses to the SEC's First Set of Requests for Admission in *SEC v. Avent* dated 3/9/2017 | | |
|---|---|---|---|
| 265. | Pirrello's Responses to the SEC's First Set of Requests for Admission in *SEC v. Avent* dated 3/10/2017 | | |
| 266. | Avent's Amended Supplemental Response to the SEC's Interrogatory 10 and Second Interrogatories dated 6/5/2017 | | |
| 267. | Defendant Thomas W. Avent's Answer in *SEC v. Avent* filed 6/28/2017 (Docket No. 85) | | |
| 268. | Declaration of Defendant Lawrence J. Penna in *SEC v. Avent* dated 11/8/2016 | | |

The SEC reserves the right to amend or supplement this exhibit list, based on additional information obtained prior or after to the parties' Pre-Trial Conference.  The SEC also reserves the right to introduce any of the exhibits on the Defendants' exhibit lists, as well as any additional documents, declarations, transcripts, pleadings or other materials for use on rebuttal and/or as impeachment.

Dated:  July 21, 2017.

/s/Robert M. Moye_____
John E.  Birkenheier
Georgia Bar No. 058158
birkenheierj@sec.gov
Robert M. Moye (admitted *pro hac vice*)
Illinois Bar No. 6225688
moyer@sec.gov
Ruta G. Dudenas (admitted *pro hac vice*)
Illinois Bar No. 6274848
dudenasr@sec.gov
SECURITIES AND EXCHANGE
COMMISSION
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois  60604
(312) 353-7390
(312) 353-7398 (fax)

Pat Huddleston II
Georgia Bar No. 373984
huddlestonp@sec.gov
Securities and Exchange Commission
950 East Paces Ferry, N.E., Suite 900
Atlanta, GA 30326-1382
(404) 842-7600
(404) 5752 (fax)

*Attorneys for Plaintiff Securities*
 *and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017, I caused the foregoing Plaintiff's Trial Exhibits to be filed with the Clerk of Court using the Court's CM/ECF system, which sends notification of this filing to all counsel of record.


*/s/ Robert M. Moye*
Robert M. Moye