**IN THE U.S. DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | Case No. 1:16-cv-02459-SCJ |
| | : | |
| THOMAS W. AVENT, Jr., and RAYMOND J. PIRRELLO, Jr., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT THOMAS W. AVENT, Jr.'s OBJECTIONS**
**TO PLAINTIFF'S TRIAL EXHIBITS**

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 1. | Schedule 14D-9 filed by Radiant on 7/25/2011 | | 8 |
| 2. | Schedule 14D-9 filed by Midas on 3/28/2012 | | 8 |
| 3. | Schedule 14A filed by BrightPoint on 8/20/2012 | | 8 |
| 4. | Engagement letter dated June 16, 2011 between Jefferies & Company, Inc. and Radiant | JEFF000099 to 111 | 1, 2, 5 |
| 5. | Non-Disclosure | JEFF000208 to | 1, 2, 5 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
|  | Agreements for potential Radiant acquisition | 220 |  |
| 6. | PowerPoint presentations prepared by Jefferies regarding potential Radiant acquisition | JEFF000234 to 313 | 1, 2, 5 |
| 7. | Non-Disclosure Agreement between Midas and TBC, dated September 21, 2011 | JPM-AVENT_0000001 to 10 | 1, 2, 5 |
| 8. | November 18, 2011 letter from Midas to TBC | JPM-AVENT_0000014 to 18 | 1, 2, 5 |
| 9. | Non-Disclosure Agreements for potential BrightPoint acquisition | BX000001 to 16 | 1, 2, 5 |
| 10. | Engagement letter between Blackstone Advisory Partners LP ("Blackstone") and BrightPoint, executed on June 1, 2012, regarding potential BrightPoint acquisition | BX000017 to 26 | 1, 2, 5 |
| 11. | PowerPoint presentations prepared by Blackstone regarding potential BrightPoint acquisition | BX000027 to 107 | 1, 2, 5 |

2

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | | | |
| 12. | KPMG's Code of Conduct, section on "Privacy and Confidentiality," pages 26-27 | KPMG-BRIGHTPOINT-0009183-84 | 2, 12 |
| 13. | KPMG Risk Management Manual, Chapter 11 on "Confidentiality and Privacy" | KPMG-BRIGHTPOINT-0010567 to 75 | 2, 12 |
| 14. | November 23, 2011 email from John Major attaching KPMG Announcement "T&R and M&A Tax Risk Management" | KPMG-BRIGHTPOINT-0010703 to 05 | 1, 2, 3, 5, 11 |
| 15. | Garden State Securities: Broker-Dealer Written Supervisory Policies and Procedures, Insider Trading Sections, 5/4/2011 to 6/26/2011 | GSS-2132017-01959,  -02045 to -02050 | 1, 2, 5, 12 |
| 16. | Garden State Securities: Broker-Dealer Written Supervisory Policies and Procedures, Insider Trading Section, 6/26/2011 to 6/29/2011 | GSS-2132017-02250,  -02339 to -02344 | 1, 2, 5, 12 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 17. | Garden State Securities: Broker-Dealer Written Supervisory Policies and Procedures, Insider Trading Sections, 6/29/2011 to 9/25/2011 | GSS-2132017-02548, -02637 to -02642 | 1, 2, 5, 12 |
| 18. | Garden State Securities: Broker-Dealer Written Supervisory Policies and Procedures, Insider Trading Sections, 1/24/2012 to 2/9/2012 | GSS-2132017-04417, -04507 to -04512 | 1, 2, 5, 12 |
| 19. | Garden State Securities: Broker-Dealer Written Supervisory Policies and Procedures, Insider Trading Sections, 2/9/2012 to 6/21/2012 | GSS-2132017-04730, -04820 to -04825 | 1, 2, 5, 12 |
| 20. | Garden State Securities: Broker-Dealer Written Supervisory Policies and Procedures, Insider Trading Sections, 6/21/2012 to 6/25/2012 | GSS-2132017-05043, -05137 to -05142 | 1, 2, 5, 12 |
| 21. | Garden State Securities: Broker-Dealer Written Supervisory Policies and | GSS-2132017-05367, -05461 to -05466 | 1, 2, 5, 12 |

4

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Procedures, Insider Trading Sections, 6/25/2012 to 9/12/2012 | | |
| 22. | 2011 Broker-Dealer Annual Attestation for Raymond Pirrello, 11/9/2011 | SEC-GSS-E0001748 to 68 | 1, 2, 3, 5 |
| 23. | 2012 Broker-Dealer Annual Attestation for Raymond Pirrello, 12/6/2012 | SEC-GSS-E0001769 to 89 | 1, 2, 3, 5 |
| 24. | Summary of Pirrello's Text Messages with Penna from Larry Penna's ITunes Backup | | 1, 2, 4, 5, 6, 8 (objections reserved; no summary provided) |
| 25. | Pirrello-Penna text messages recovered from Penna laptop | SEC-NX-C-07956-E-000856390 | 1, 2, 3, 4, 5 |
| 26. | FBI 302 Report:  Thomas Avent interview (redacted) on 8/31/2015 | | |
| 27. | Radiant Call and Text Timeline – 7/6/2011 to 7/11/2011 – Summary of Communications Involving Defendants and Others | | 1, 2, 4, 5, 6, 8 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 28. | Radiant Call and Text Timeline – 6/1/2011 to 7/11/2011 – Summary of Communications Involving Defendants | | 1, 2, 4, 5, 6, 8 (objections reserved; no summary provided) |
| 29. | Midas Call and Text Timeline – 2/2/2012 to 3/13/2012 – Summary of Communications Involving Defendants and Others | | 1, 2, 4, 5, 6, 8 (objections reserved; no summary provided) |
| 30. | Midas Call and Text Timeline – 1/3/2012 to 3/13/2012 – Summary of Communications Involving Defendants | | 1, 2, 4, 5, 6, 8 (objections reserved; no summary provided) |
| 31. | BrightPoint Call and Text Timeline – 6/7/2012 to 7/2/2012 – Summary of Communications Involving Defendants | | 1, 2, 4, 5, 6, 8 (objections reserved; no summary provided) |
| 32. | BrightPoint Call and Text Timeline – 6/22/2012 to 7/2/2012 – Summary of Communications Involving Defendants and Others | | 1, 2, 4, 5, 6, 8 (objections reserved; no summary provided) |
| 33. | Summary of Penna RADS | | 1, 2, 4, 5, 6, 8, 11 |

6

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | and MDS Trading Profits and Payments to Pirrello | | (objections reserved; no summary provided) |
| 34. | Summary of Thomas Avent Transactions – CSC Group Holdings Note | | 1, 2, 4, 5, 6, 8 (objections reserved; no summary provided) |
| 35. | Summary of Avent's 2013 to 2015 Deposits into His Garden State Securities Account and Related Investments | | 1, 2, 4, 5, 6, 8 (objections reserved; no summary provided) |
| 36. | Summary of Avent Comic Book Purchases and Sales – 1/26/2011 to 12/6/2012 | | 1, 2, 3, 4, 5, 6, 8 (objections reserved; no summary provided) |
| 37. | Summary of NCR's Steps towards Radiant Tender Offer | | 1, 2, 4, 5, 6, 8 (objections reserved; no summary provided) |
| 38. | Summary of TBC's Steps towards MIDAS Tender Offer | | 1, 2, 4, 5, 6, 8 (objections reserved; no summary provided) |
| 39. | RADS Price and Volume | | 1 2, 3, 5, 6, 11 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | chart, Exhibit 1a to Matthew Cain Report | | |
| 40. | MDS Price and Volume chart, Exhibit 1b to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 41. | CELL Price and Volume chart, Exhibit 1c to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 42. | Event Date Returns for Market, Industry and Company, Exhibit 2 to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 43. | Penna Family Accounts' Trades in CELL, MDS and RADS, Exhibit 5 to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 44. | Penna's Trading Around Radiant System's July 12, 2011 Announcement, Exhibit 6a to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 45. | Penna's Trading Around Midas March 13, 2012 Announcement, Exhibit 6b to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 46. | Penna's Trading Around BrightPoint's July 2, 2012 Announcement, Exhibit 6c to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 47. | Penna Family Accounts' Trading Profits, Exhibit 7 to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 48. | Related Traders' Trades in CELL, MDS, and RADS, Exhibit 8 to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 49. | Related Traders' Accounts' Trading Profits, Exhibit 9 to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 50. | Summary of Trading Profits in the Related 1 2, 3, 5, 6, 11Traders' Accounts, Exhibit 10 to Matthew Cain Expert Report | | 1 2, 3, 5, 6, 11 |
| 51. | RADS Price and Volume, Exhibit 19 to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 52. | MDS Price and Volume, Exhibit 20 to Matthew Cain | | 1 2, 3, 5, 6, 11 |

9

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Report | | |
| 53. | CELL Price and Volume, Exhibit 21 to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 54. | RADS Acquisition Returns Compared to Market and Industry, Exhibit 22 to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 55. | MDS Acquisition Returns Compared to Market and Industry, Exhibit 23 to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 56. | CELL Acquisition Returns Compared to Market and Industry, Exhibit 24 to Matthew Cain Expert Report | | 1 2, 3, 5, 6, 11 |
| 57. | Event Date Returns for Market, Industry, and Company, Exhibit 25 to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 58. | Penna Trading Around Radiant System's July 12, 2011 Announcement, Exhibit 38 to Matthew Cain | | 1 2, 3, 5, 6, 11 |

10

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Report | | |
| 59. | Penna Trading Around Midas March 13, 2012 Announcement, Exhibit 39 to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 60. | Penna Trading Around BrightPoint's July 2, 2012 Announcement, Exhibit 40 to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 61. | Penna Accounts Gross Profit Summary, Exhibit 41 to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 62. | Related Trader Accounts Gross Profit Summary, Exhibit 42 to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 63. | Related Trader Accounts: Trading Profits, Exhibit 43 to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 64. | Related Trader Accounts: Trading Profits, Exhibit 44 to Matthew Cain Report | | 1 2, 3, 5, 6, 11 |
| 65. | Summary of Trading Profits in the Related | | 1 2, 3, 5, 6, 11 |

11

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Trader Accounts, Exhibit 45 to Matthew Cain Report | | |
| 66. | 6/23/2011 email to Avent and others regarding NCR Opportunity | KPMG-BRIGHTPOINT-0000105 to 108 | |
| 67. | 6/23/2011 email from Avent regarding NCR Opportunity | KPMG-BRIGHTPOINT-0000109-110 | |
| 68. | 6/23/2011 email from Avent regarding Procedures and Request List | KPMG-BRIGHTPOINT-0000098 to 104 | |
| 69. | 7/4/2011 email from Thweatt re: Project Ranger Tax DDR | KPMG-BRIGHTPOINT-0002822 to 2875 | |
| 70. | 7/4/2011 emails re:  Project Ranger - Lux Structure | KPMG-BRIGHTPOINT-0000076 to 78 | |
| 71. | 7/4/2011 emails regarding DD Reports | KPMG-BRIGHTPOINT-0001872 | |
| 72. | 7/5/2011 email from Avent regarding Project Ranger | KPMG-BRIGHTPOINT | |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | DRAFT TDD Report | -0001809 to 1862 | |
| 73. | 7/6/2011 emails from Jade Lim re: Signed SOW | KPMG-BRIGHTPOINT-0002580 to 81 | |
| 74. | 7/6/2011 email from Jade Lim providing NCR with Project Ranger Report | KMPG-BRIGHTPOINT-000528 | |
| 75. | 7/7/2011 emails re: Project Ranger report | KPMG-BRIGHTPOINT-0000517-518 | |
| 76. | 1/14/2012 email from Rubirosa regarding TBC \|\| Project Goldfinger | KPMG-BRIGHTPOINT-0001019 to 1020 | |
| 77. | 1/20/2012 email to Avent and others regarding Approval Requested: Expedited Engagement. | KPMG-BRIGHTPOINT-0001017 | |
| 78. | 1/23/2012 email from Marita Powell to Avent and others regarding No Subject-3157.EML | KPMG-BRIGHTPOINT-0001015  and spreadsheet attachment | |
| 79. | 1/24/2011 email from Joseph Luke re:  Goldfinger | KPMG-BRIGHTPOINT | |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Engagement Update | -0001013 | |
| 80. | 1/25/2012 emails re:  TBC || Project Goldfinger | KPMG-BRIGHTPOINT-0000117 to 121 | |
| 81. | 2/7/2012 email from Avent re:  Project Goldfinger (Midas) | KPMG-BRIGHTPOINT-0000303 | |
| 82. | 2/8/2012 email from Avent re:  For Your Review - Goldfinger - DRAFT report_020812.pptx | KPMG-BRIGHTPOINT-0000233 | |
| 83. | 2/8/2012 email with attachment from Bass re: For Your Review - Goldfinger - DRAFT report_020812.pptx | KPMG-BRIGHTPOINT-0003168 to 3227 | |
| 84. | 2/9/2012 email with attachment from Avent re: Goldfinger - DRAFT report_020812.pptx | KPMG-BRIGHTPOINT-0001952 to 2011 | |
| 85. | 2/10/2012 emails re:  NOL Followup | KPMG-BRIGHTPOINT-0001950 to 1951 | |

14

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 86. | 6/21/2012 email to Avent and others regarding Project Bosh | KPMG-BRIGHTPOINT-0001487 | |
| 87. | 6/21/2012 emails re: Workpapers | KPMG-BRIGHTPOINT-0004068 to 72 | |
| 88. | 6/21/2012 email from Thweat re:  Project Bosh | KPMG-BRIGHTPOINT-0004046 | |
| 89. | 6/22/2012 email from Avent re:  Project Bosh | KPMG-BRIGHTPOINT-0004272 to 73 | |
| 90. | 6/22/2012 email with attachments from Truc To re:  Dataroom Access | KPMG-BRIGHTPOINT-0001445 to 62 | |
| 91. | 6/26/2012 email to Avent regarding Project Bosh - Questions for the Tax Call at 6 | KPMG-BRIGHTPOINT-0001304 to 1318 | |
| 92. | 6/29/2012 email from Avent re:  Project Bosh Draft Key Findings Report 6 28 12.pptx | KPMG-BRIGHTPOINT-0004253 to 4262 | |
| 93. | 6/29/2012 email from Avent re:  Project Bosh | KPMG-BRIGHTPOINT | |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | | -0004252 | |
| 94. | 6/29/2012 email from Truc re: Draft KPMG report on financial matters | KPMG-BRIGHTPOINT -0003795 to 3796 | |
| 95. | Promissory Note for $500,000 | TWA0000319 to 320 | |
| 96. | Summary of Text Messages between Avent and Pirrello | | 4, 5, 6, 8 (objections reserved; no summary provided) |
| 97. | Text report/log from IT consultant produced by Avent | TWA0003326 | |
| 98. | 10/16/2008 emails between Avent and Pirrello re: Personal and Confidential | TWA0001120 to 1122 | |
| 99. | 3/30/2011 and 4/11/2011 emails between Avent and Pirrello re:  Wire Transfer | KPMG-BRIGHTPOINT -0006993 | |
| 100. | 3/30/2011 emails between Avent and Victoria Freund re:  Preliminary Report Independence Audit (August 2010 Notice) | KMPG-BRIGHTPOINT -0006573 to 75 | 1, 3 |

16

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | | | |
| 101. | 7/11/2011 email from Avent to Pirrello re: Agreement | KMPG-BRIGHTPOINT-0006734 to 35 | |
| 102. | 7/12/2011 email from Avent to Pirrello re:  CSC | KPMG-BRIGHTPOINT-0006772 | |
| 103. | 8/5/2011 email from Avent to Pirrello re:  Settlement Agreement | KMPG-BRIGHTPOINT-000678 | |
| 104. | 8/5/2011 emails between Avent and Pirrello re: Settlement Agreement | KMPG-BRIGHTPOINT-0006730 to 32 | |
| 105. | 8/5/2011 emails from Avent to Pirrello re: Settlement Agreement | KMPG-BRIGHTPOINT-0006777 to 79 | |
| 106. | 8/5/2011 emails between Avent and Pirrello re: Settlement Agreement | KMPG-BRIGHTPOINT-0006781 to 83 | |
| 107. | 8/7/2011 email from Avent to Pirrello re Our Agreement | KMPG-BRIGHTPOINT-0006726 to 27 | |
| 108. | 8/31/2011 email from Avent to Pirrello re: CSCGH Raise Docs FINAL | KMPG-BRIGHTPOINT-0006604 to 05 | |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
|  |  |  |  |
| 109. | 1/3/2012 email from Avent to Pirrello re: CSCGH Raise Docs FINAL | KMPG-BRIGHTPOINT-0006749 to 51 |  |
| 110. | 1/4/2012 email from Avent to Pirrello re: CSCGH Note | KMPG-BRIGHTPOINT-0006747 to 48 |  |
| 111. | 8/23/2012 email from Avent to Pirrello re: CSCGH Raise Docs FINAL | TWA0001177 to 82 |  |
| 112. | 12/19/2013 email with attachments from Avent to Pirrello re: FW: Pirrello | TWA0001093 to 97 |  |
| 113. | Record of $50,245 deposit into Avent's Bank of America account, 11/18/2011 | SEC-BOA-E-0001254 to 1257 |  |
| 114. | Record of $250,000 wire transfer into Avent's Bank of America account, 9/21/2012 | SEC-BOA-E-0001939 |  |
| 115. | Investor History Recap for Mark Abrams & Tom Avent | SEC BP 00317 | 1, 2, 3, 4, 5, 6 |

18

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 116. | Avent's CSC Group Holdings LLC subscription agreement, 2/15/2011 | SEC BP 00014 to 27 | |
| 117. | Avent's 1st Amended Priority Note for CSC Group Holdings, LLC, 4/1/2012 | TWA0001157 to 1163 | |
| 118. | Emails between Desrosiers and Avent, 3/31/2012, 8/23/2012 and 8/29/2012 | SEC BP 00325 to 327 | |
| 119. | 8/31/2012 email from Desrosiers to Abrams and Avent regarding Note Transfer | SEC BP 00318 to 324 | |
| 120. | 8/31/2012 text message from Pirrello to Avent | TWA0003326 | |
| 121. | 9/5/2012 emails re:   Note Transfer | TWA0001133 to 1150 | |
| 122. | 9/5/2012 emails regarding Note Transfer | TWA0001151-1163 | |
| 123. | 9/18/2012 emails between Avent and Abrams regarding Cate Street Note | TWA0001211 to 1213 | |

19

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 124. | 9/20/2012 email from Abrams re:  Cate Street Note | TWA0001211 to 1213 | |
| 125. | 10/15/2012 email from Abrams re:  Cate Street Note | TWA0001211 to 1213 | |
| 126. | 10/25/2012 email from Avent re:  Note Transfer | SEC BP 00008 to 13 | |
| 127. | Abrams Consent to Note Amendment, 2/22/2013 | SEC BP 00419 to 420 | 1, 2, 4, 5 |
| 128. | Receipt of $5,000 payment to American Express from Bank of America on 07/18/2011 | SEC-AMEX-P-0000470 | 1, 2, 3, 4, 5 |
| 129. | Receipt of $2,500 payment to American Express from Bank of America on 07/22/2011 | SEC-AMEX-P-0000471 | 1, 2, 3, 4, 5 |
| 130. | Receipt of $14,000 payment to American Express from Bank of America on 03/20/2012 | SEC-AMEX-P-0000474 | 1, 2, 3, 4, 5 |
| 131. | American Express Statements for Pirrello | SEC-AMEX-P-0000049 to 457 | 6 |

20

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
|  | Account, 1/21/2011 through 12/21/2012 |  |  |
| 132. | American Express account opening documents for Pirrello Account | SEC-AMEX-P-0000008 | 1, 2, 3, 4, 12 |
| 133. | American Express Statements for Pirrello Account, 7/21/2011 | SEC-AMEX-P-0000156 to 171 | 3, 6 |
| 134. | American Express Statements for Pirrello Account, 8/21/2011 | SEC-AMEX-P-0000172 to 189 | 3, 6 |
| 135. | American Express Statements for Pirrello Account, 3/21/2012 | SEC-AMEX-P-0000284-299 | 3, 6 |
| 136. | Account Opening Document for Bank of America account for Portsmouth Venture Sales LLC | SEC-BOA-P-0000004 to 11 | 1, 2, 3, 5, 12 |
| 137. | Bank of America statement for Portsmouth Venture Sales account, 7/1 through 7/31/2011 | SEC-BOA-E-0002044 to 2047 | 1, 2, 3, 5, 6, |
| 138. | Bank of America statement | SEC-BOA-E- | 1, 2, 5 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | for Portsmouth Venture Sales account, 3/31/2012 | 0002076 to 2079 | |
| 139. | Account Opening Document for Bank of America account for Avent | SEC-BOA-P-0000810 | 1, 2, 3, 5, |
| 140. | Bank of America statements for Avent account, 12/25/2010 through 1/24/2011 | SEC-BOA-E-0001694 to 1699 | 1, 2, 3, 5, 6 |
| 141. | Bank of America statement for Avent account, 1/25/2011 through 2/18/2011 | SEC-BOA-E-0001708 to 1713 | 1, 2, 3, 5, 6 |
| 142. | Bank of America statement for Avent account, 2/8/2011 through 3/11/2011 | SEC-BOA-E-0001718 to 1723 | 1, 2, 3, 5, 6 |
| 143. | Bank of America statement for Avent account, 3/12/2011 through 4/11/2011 | SEC-BOA-E-0001728 to 1733 | 1, 2, 3, 5, 6 |
| 144. | Bank of America statement for Avent account, 4/12/2011 through 5/10/2011 | SEC-BOA-E-0001738 to 1741 | 1, 2, 3, 5, 6 |

22

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | | | |
| 145. | Bank of America statement for Avent account, 5/11/2011 through 6/10/2011 | SEC-BOA-E-0001746 to 1749 | 1, 2, 3, 5, 6 |
| 146. | Bank of America statement for Avent account, 7/12/2011 through 8/11/2011 | SEC-BOA-E-0001762 to 1765 | 1, 2, 3, 5, 6 |
| 147. | Bank of America statement for Avent account, 8/12/2011 through 9/12/2011 | SEC-BOA-E-0001770 to 1773 | 1, 2, 3, 5, 6 |
| 148. | Bank of America statement for Avent account, 9/13/2011 through 10/11/2011 | SEC-BOA-E-0001778 to 1783 | 1, 2, 3, 5, 6 |
| 149. | Bank of America statement for Avent account, 10/12/2011 through 11/8/2011 | SEC-BOA-E-0001788 to 1793 | 1, 2, 3, 5, 6 |
| 150. | Bank of America statement for Avent account, 11/9/2011 through 12/9/2011 | SEC-BOA-E-0001798-1801 | 1, 2, 3, 5, 6 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 151. | Bank of America statement for Avent account, 12/10/2011 through 1/10/2012 | SEC-BOA-E-0001806 to 1809 | 1, 2, 3, 5, 6 |
| 152. | Bank of America statement for Avent account, 1/11/2012 through 2/8/2012 | SEC-BOA-E-0001814 to 1817 | 1, 2, 3, 5, 6 |
| 153. | Bank of America statement for Avent account, 2/9/2012 through 3/12/2012 | SEC-BOA-E-0001822 to 1825 | 1, 2, 3, 5, 6 |
| 154. | Bank of America statement for Avent account, 3/13/2012 through 4/10/2012 | SEC-BOA-E-0001826 to 1829 | 1, 2, 3, 5, 6 |
| 155. | Bank of America statement for Avent account, 4/11/2012 through 5/10/2012 | SEC-BOA-E-0001830 to 1833 | 1, 2, 3, 5, 6 |
| 156. | Bank of America statement for Avent account, 5/11/2012 through 6/11/2012 | SEC-BOA-E-0001834 to 1839 | 1, 2, 3, 5, 6 |
| 157. | Bank of America statement | SEC-BOA-E- | 1, 2, 3, 5, 6 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | for Avent account, 6/12/2012 through 7/11/2012 | 0001840 to 1843 | |
| 158. | Bank of America statement for Avent account, 7/12/2012 through 8/13/2012 | SEC-BOA-E-0001844 to 1849 | 1, 2, 3, 5, 6 |
| 159. | Bank of America statement for Avent account, 8/14/2012 through 9/10/2012 | SEC-BOA-E-0001850 to 1853 | 1, 2, 3, 5, 6 |
| 160. | Bank of America statement for Avent account, 9/11/2012 through 10/11/2012 | SEC-BOA-E-0001854 to 1859 | 1, 2, 3, 5, 6 |
| 161. | Bank of America statement for Avent account, 10/12/2012 through 11/8/2012 | SEC-BOA-E-0001860 to 1863 | 1, 2, 3, 5, 6 |
| 162. | Bank of America statement for Avent account, 11/9/2012 through 12/10/2012 | SEC-BOA-E-0001864 to 1867 | 1, 2, 3, 5, 6 |
| 163. | Bank of America statement for Avent account, | SEC-BOA-E-0001941 to 1946 | 1, 2, 3, 5, 6 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | 12/11/2012 through 1/10/2013 | | |
| 164. | Morgan Stanley Bank, NA Portfolio Loan Account Application for Mark Abrams | MSPB_000001 to 5 and MSPB_000007 | 1, 3 |
| 165. | Morgan Stanley Bank, NA Portfolio Loan Account approval letter for Mark Abrams, 5/17/2012 | MSPB_000006 | 1, 3 |
| 166. | Morgan Stanley Bank, NA Portfolio Loan Account Disbursement Request Form for Abrams | MSPB_000035 to 36 | 1, 3, 4, 12 |
| 167. | Account Opening Documents for PNC Bank account for Raymond J Pirrello and Danielle Pirrello | SEC-PNCBank-P-0000007 to 8 | 1, 2, 3, 4, 5, 12 |
| 168. | PNC Bank statement for account of Raymond and Danielle Pirrello for 10/28/2011 to 11/28/2011 | SEC-PNCBank-P-0000040 to 43 | 1, 3, 6 |
| 169. | Pirrello's $50,000 check, payable to Cash | SEC-PNCBank-P-0000070 | |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
|  |  |  |  |
| 170. | Pirrello's $50,000 check, payable to himself | TWA0000325-326 |  |
| 171. | Account Opening Documents for Apex Clearing account for Thomas Avent Jr. | SEC-APEX-E-46 to 50 | 1, 3 |
| 172. | Apex Clearing statements for Avent account for period of 4/1/2010 through 6/25/2010 and 7/1/2010 through 8/31/2010 | SEC-APEX-E-57 to 74 | 1, 3, 4, 6, 12 |
| 173. | Account Opening Documents for ETrade account in the name of Joseph Benucci | SEC-ETrade-P-12 to 13 | 1, 3, 12 |
| 174. | ETrade statements for Benucci account for period of 1/1/2010 through 3/31/2014 | SEC-ETrade-E-764 to 922; and SEC-ETrade-E-1154 - 1166 | 1, 3, 6 |
| 175. | Account Opening Documents for National Financial account in the name of Graham Defries | SEC-NSC-E-1 to 30; SEC-NFS-E-465 to 474 | 1, 3, 4, 12 |

27

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 176. | National Financial statements for Defries account for period of 7/1/2009 to 3/31/2013 | SEC-NFS-E-2369 to 3090 | 1, 3, 6 |
| 177. | Account Opening Documents for Fidelity account in the name of Mark Penna TTEE for Penna Family Trust FBO Lawrence Penna | SEC-NFS-E-426 to 446; SEC-NFS-E-448 to 452; SEC-NFS-E-454 to 464 | 1, 3, 4, 12 |
| 178. | Fidelity statements for Mark Penna trustee account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-2163 - 2368 | 1, 3, 6 |
| 179. | Account Opening Documents for Fidelity account in the name of Mark Penna TTEE for Penna Family Trust FBO Lawrence Penna | SEC-NFS-E-382 to 402; SEC-NFS-E-410 to 413; SEC-NFS-E-415 to 425 | 1, 3, 4, 12 |
| 180. | Fidelity statements for Mark Penna trustee account for period of 7/1/2009 to 9/30/2012 | SEC-NFS-E-1929 to 2162 | 1, 3, 6 |
| 181. | Account Opening Documents for Fidelity | SEC-FIDELITY-E-2657 to 2682; | |

28

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | account in the name of Lawrence Joseph Penna Rollover IRA | SEC-FIDELITY-E-2699 to 2708 | |
| 182. | Fidelity statements for Lawrence Penna IRA account for period of 10/1/2009 to 11/30/2009 and 1/1/2011 to 12/31/2012 | SEC-FIDELITY-E-2709  to 2802 | |
| 183. | Account Opening Documents for Fidelity account in the name of Mark Penna | SEC-FIDELITY-E-336 to 339; FIDELITY-E-369 to 373 | 1, 3, 4, 12 |
| 184. | Fidelity statements for Mark Penna account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-975 to 1436 | 1, 3, 6 |
| 185. | Account Opening Documents for Fidelity account in the name of Mark Penna Rollover IRA | SEC-FIDELITY-E-127 to 129 | 1, 3, 4, 12 |
| 186. | Fidelity statements for Mark Penna IRA account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-975 to 1436 | 1, 3, 6 |

29

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 187. | Account Opening Documents for Fidelity account in the name of Mark Penna Roth IRA | SEC-NFS-E-347 to 354; SEC-NFS-E-356 to 358 | 1, 3, 4, 12 |
| 188. | Fidelity statements for Mark Penna IRA account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-975 to 1436 | 1, 3, 6 |
| 189. | Account Opening Documents for Fidelity account in the name of Mark Penna Custodian | NFS 5 to 12 | 1, 3, 4, 12 |
| 190. | Fidelity statements for Mark Penna custodial account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-975 to 1436 | 1, 3, 6 |
| 191. | Account Opening Documents for Fidelity account in the name of Mark Penna Custodian for Damon Penna | SEC-FIDELITY-E-391 to 406 | 1, 3, 4, 12 |
| 192. | Fidelity statements for Mark Penna custodial account for period of 8/1/2009 to 10/31/2012 | SEC-NFS-E-975 to 1436 | 1, 3, 6 |

30

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 193. | Account Opening Documents for Fidelity account in the name of Joseph Pennacchio TTEE Portsmouth Venture Sales LLC | NFS 13 to 24 | 1, 3, 4 |
| 194. | Fidelity statements for Portsmouth Venture Sales account for period of 7/1/2009 to 12/31/2009 | NFS_25 to 64 | 1, 3, 6 |
| 195. | Account Opening Documents for Fidelity account in the name of Mark Penna Roth IRA | NFS 5 to 12 | 1, 3, 4 |
| 196. | Fidelity statements for Mark Penna IRA account for period of 11/1/2010 to 5/31/2011 | NFS_65 to 154 | 1, 3, 6 |
| 197. | Account Opening Documents for Fidelity account in the name of Rosalie Penna | SEC-NFS-E-363 to 381 | 1, 3, 4, 12 |
| 198. | Fidelity statements for Rosalie Penna account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-1437 to 1928 | 1, 3, 6 |

31

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | | | |
| 199. | Account Opening Documents for Fidelity account in the name of Custodian IRA FBO Rosalie Penna | SEC-NFS-E-363 to 381 | 1, 3, 4, 12 |
| 200. | Fidelity statements for Rosalie Penna IRA custodial account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-1437 to 1928 | 1, 3, 6 |
| 201. | Account Opening Documents for Fidelity account in the name of Custodian Roth IRA FBO Rosalie Penna | SEC-NFS-E-363 to 381 | 1, 3, 4, 12 |
| 202. | Fidelity statements for Rosalie Penna IRA custodial account for period of 7/1/2009 to 10/31/2012 | SEC-NFS-E-1437 to 1928 | 1, 3, 6 |
| 203. | Account Opening Documents for Fidelity account in the name of Rosalie Penna | SEC-NFS-E-363 to 381 | 1, 3, 4, 12 |
| 204. | Fidelity statements for | SEC-NFS-E- | 1, 3, 6 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Rosalie Penna account for period of 7/1/2009 to 10/31/2012 | 1437 to 1928 | |
| 205. | Meyers Associates account statements for period of 5/1/2013 to 1/31/2014 | SEC-MEYERS-E-15 to 22; SEC-MEYERS-E-31 to 43 | 1, 3, 6 |
| 206. | Account Opening Documents for Morgan Stanley account in the name of Mark Abrams | SEC-MSSB-E-5129 to 5162 | 1, 2, 3, 4, 5, 12 |
| 207. | Morgan Stanley statements for Mark Abrams account for period of 12/1/2010 to 2/28/2013 | SEC-MSSB-E-5165 to 5538 | 1, 2, 3, 5, 6 |
| 208. | Account Opening Documents for Morgan Stanley account in the name of Mark Abrams | SEC-MSSB-E-5544 to 5558 | 1, 2, 3, 4, 5, 12 |
| 209. | Morgan Stanley statements for Mark Abrams account for period of 12/1/2010 to 2/28/2013 | SEC-MSSB-E-5559 to 6032 | 1, 2, 3, 5, 6 |
| 210. | Account Opening Documents for Pershing | SEC-Pershing-E-1222 to 1232 | 1, 3, 4, 12 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | account in the name of IRA FBO Lawrence J. Penna NM Wealth Management Co. as Custodian Rollover Account | | |
| 211. | Pershing statements for Lawrence Penna custodial account for period of 5/1/2012 to 12/31/2012 | SEC-Pershing-E-1245 to 1366 | 1, 3, 6 |
| 212. | Account Opening Documents for Pershing account in the name of IRA FBO Lawrence J. Penna NM Wealth Management Co. as Custodian Rollover Account | SEC-Pershing-E-1233 to 1237 | 1, 3, 4, 12 |
| 213. | Pershing statements for Lawrence Penna custodial account for period of 12/1/2011 to 12/31/2012 | SEC-Pershing-E-1367 to 1529 | 1, 3, 6 |
| 214. | RBC account statements for period of 7/1/2009 to 9/30/2013 | SEC-RBC-E-5 - 1059 | 1, 3, 6 |
| 215. | Account Opening Documents for RBC account in the name of Jim | SEC-RBC-E-2668 to 79 | 1, 3, 4, 12 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Pappalardo c/o Garden State Securities | | |
| 216. | RBC statements for Pappalardo account for period of 1/1/2010 to 11/30/2013 | RBCCM_2016.04.01_SEC_C-7956_001153 to 001184; SEC-RBC-E-2680 to 2811; SEC-RBC-E-3385 to 3388 | 1, 3, 6 |
| 217. | Account Opening Documents for RBC account in the name of Raymond Pirrello Jr. | SEC-RBC-E-3165–3188 | 1, 3, 4, 12 |
| 218. | RBC statements for Pirrello account for period of 1/1/2010 to 12/31/2012 | RBCCM_2016.04.01_SEC_C-7956_000858 to 000922; SEC-RBC-E-3198 to 3359 | 1, 3, 6 |
| 219. | Account Opening Documents for RBC account in the name of Raymond Pirrello Jr. SEP-IRA | SEC-RBC-E-3189 to 3197 | 1, 3, 4, 12 |
| 220. | RBC statements for Pirrello account for period of | RBCCM_2016.04.01_SEC_C- | 1, 3, 6 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
|  | 1/1/2010 to 9/30/2010 | 7956_000923 to 000945 |  |
| 221. | Account Opening Documents for Schwab account in the name of Kenton C. Keller Living Trust | SEC-Schwab-E-995 to 1003 | 1, 3, 4, 12 |
| 222. | Schwab statements for Keller trust account for period of 4/1/2010 to 3/31/2014 | SEC-Schwab-E-1012 to 1399 | 1, 3, 6 |
| 223. | Account Opening Documents for Schwab account in the name of Mark Damon Penna TTEE for The Penna Family Irrevocable Trust | SEC-Schwab-E-2143 to 2146 | 1, 3, 4 |
| 224. | Schwab statements for Penna trust account for period of 9/7/2012 to 12/31/2012 | SEC-Schwab-E-2269 to 2316 | 1, 3, 6 |
| 225. | Account Opening Documents for Schwab account in the name of Mark Damon Penna Custodian | SEC-Schwab-E-2139 to 2142 | 1, 3, 4 |

36

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | | | |
| 226. | Schwab statements for Mark Penna custodial account for period of 9/7/2012 to 12/31/2012 | SEC-Schwab-E-2241 to 2268 | 1, 3, 6 |
| 227. | Account Opening Documents for Schwab account in the name of Mark Damon Penna Roth IRA | SEC-Schwab-E-2147 to 2151 | 1, 3, 4 |
| 228. | Schwab statements for Mark Penna account for period of 9/12/2012 to 12/31/2012 | SEC-Schwab-E-2317 to 2350 | 1, 3, 6 |
| 229. | Account Opening Documents for Schwab account in the name of Mark Damon Penna IRA Rollover | SEC-Schwab-E-0002162 to 2165 | 1, 3, 4 |
| 230. | Schwab statements for Mark Penna account for period of 9/7/2012 to 12/31/2012 | SEC-Schwab - E-2383 to 2418 | 1, 3, 6 |
| 231. | Account Opening Documents for Schwab account in the name of | SEC-Schwab-E-2196 to 2201 | 1, 3, 4 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Mark Damon Penna | | |
| 232. | Schwab statements for Mark Penna account for period of 9/7/2012 to 12/31/2012 | SEC-Schwab-E-2557 to 2580 | 1, 3, 6 |
| 233. | Account Opening Documents for Schwab account in the name of Noelle Penna Roth IRA | SEC-Schwab-E-2219 to 2228 | 1, 3, 4 |
| 234. | Schwab statements for Noelle Penna account for period of 10/12/2012 to 12/31/2012 | SEC-Schwab-E-3065 to 3080 | 1, 3, 6 |
| 235. | Account Opening Documents for Schwab account in the name of Mark Damon Penna Custodian | SEC-Schwab-E-2237 to 2240 | 1, 3, 4 |
| 236. | Schwab statements for Mark Penna custodial for period of 9/7/2012 to 12/31/2012 | SEC-Schwab-E-3081 to 3104 | 1, 3, 6 |
| 237. | Account Opening Documents for Schwab account in the name of | SEC-Schwab-E-2152 to 2161 | 1, 3, 4, 12 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| | Rosalie Penna IRA | | |
| 238. | Schwab statements for Rosalie Penna account for period of 9/5/2012 to 12/31/2012 | SEC-Schwab-E-2351 to 2382 | 1, 3, 6 |
| 239. | Account Opening Documents for Schwab account in the name of Rosalie Penna Roth IRA | SEC-Schwab-E-2166 to 2175 | 1, 3, 4, 12 |
| 240. | Schwab statements for Rosalie Penna account for period of 9/5/2012 to 12/31/2012 | SEC-Schwab-E-2419 to 2446 | 1, 3, 6 |
| 241. | Account Opening Documents for Schwab account in the name of Rosalie Penna | SEC-Schwab-E-2208 to 2218 | 1, 3, 4, 12 |
| 242. | Schwab statements for Rosalie Penna account for period of 9/5/2012 to 12/31/2012 | SEC-Schwab-E-3023 to 3064 | 1, 3, 6 |
| 243. | Verizon records for 201-707-7137, and 201-851-1300 from 3/2/11 to 4/2/13 | SEC-Verizon-E-0005202 – 0005607 | 2, 3, 5 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| 244. | Verizon records for 201-522-9900, from 1/1/11 to 9/30/12 | SEC-Verizon-E-0008807 – 0009261 | 1, 2, 3, 5 |
|---|---|---|---|
| 245. | AT&T records for 201-851-1300, from 6/24/10 to 10/3/11 | SEC-ATT-E-0000053 – 0008960 | 1, 3 |
| 246. | AT&T records for 770-335-0476, from 1/1/11 to 10/1/12 and 3/1/14 to 11/21/14 | SEC-ATT-E-0158803 – 0164592 | 1, 3 |
| 247. | Monmouth records for 732-556-4781, from 1/3/11 to 9/28/2012 and 6/3/13 to 6/24/12 | SEC-Monmouth-E-0000005 – 0000008 | 1, 3 |
| 248. | Monmouth records for 732-280-6886, from 1/1/11 to 9/30/12 and 3/1/14 to 7/24/14 | SEC-Monmouth-E-0000013 – 0001410 | 1, 3 |
| 249. | Broadview Networks records, for 212-239-6703 from 1/3/11 to 8/13/13 | SEC-BN-E-0000001 | 1, 2, 3, 5 |
| 250. | Cablevision records for 732-534-0546, from 1/1/11 to 9/30/12 and 6/1/13-6/17/14 | SEC-CSC-E-0000019, 0000026 – 0000028 | 1, 3 |
| 251. | Verizon records for 917- | SEC-Verizon-E- | 1, 2, 3, 5 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| | | 0010609 – 0010709, 0010718 - 0010801 | |
|---|---|---|---|
| 252. | Verizon records for 732-299-1006, from 1/1/11 to 9/29/12 | SEC-Verizon-E-0011346 – 0011465 | 1, 2, 3, 5 |
| 253. | Verizon records for 703-307-7009, from 10/3/11 to 6/11/12 and 2/4/13 to 6/18/13 | SEC-Verizon-E-0011497 – 0011606 | 1, 2, 3, 5 |
| 254. | Verizon records for 508-243-8339, from 1/3/12 to 9/30/12 | SEC-Verizon-E-0011668 – 0011719 | 1, 2, 3, 5 |
| 255. | Verizon records for 617-780-9332, from 1/3/12 to 9/28/12 | SEC-Verizon-E-0011842 – 0011893 | 1, 2, 3, 5 |
| 256. | AT&T records for 703-622-8202, from 10/1/11 to 9/30/12 | SEC-ATT-E-0150272 – 0153702 | 1, 3 |
| 257. | AT&T records for 404-661-8888, from 1/2/12 to 2/28/14 | SEC-ATT-E-0153712 – 0158247 | 1, 3 |
| 258. | Cox Communications records for 703-222-2322, from 2/1/12 to 9/30/12 | SEC-Cox-E-0000008 – 0000238 | 1, 2, 3, 5 |

41

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| | | | |
|---|---|---|---|
| | and 6/1/13 to 6/14/14 | | |
| 259. | Amended Complaint in *Amr v. Sollitto* (10-cv-5194) filed on 2/1/2011 | | 1, 2, 3, 5, 8, 10 |
| 260. | First Amended Complaint in *Avent v. Pirrello* (1:16-cv-01127-TWT) filed on 6/9/2016 | | |
| 261. | Declaration of Thomas W. Avent, Jr. in *Avent v. Pirrello* (1:16-cv-01127-TWT) filed on 6/9/2016 | | |
| 262. | Defendant Raymond J. Pirrello, Jr.'s Answer in *SEC v. Avent* filed on 12/30/2016 (Docket No. 46-1) | | |
| 263. | Pirrello's Supplemental Response to the SEC's First Set of Interrogatories in *SEC v. Avent* dated 2/7/2017 | | 3 |
| 264. | Avent's Responses to the SEC's First Set of Requests for Admission in *SEC v. Avent* dated 3/9/2017 | | |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy

| | | | |
|---|---|---|---|
| 265. | Pirrello's Responses to the SEC's First Set of Requests for Admission in *SEC v. Avent* dated 3/10/2017 | | 3 |
| 266. | Avent's Amended Supplemental Response to the SEC's Interrogatory 10 and Second Interrogatories dated 6/5/2017 | | |
| 267. | Defendant Thomas W. Avent's Answer in *SEC v. Avent* filed 6/28/2017 (Docket No. 85) | | |
| 268. | Declaration of Defendant Lawrence J. Penna in *SEC v. Avent* dated 11/8/2016 | | 3 |

Objections Legend:  1 – Relevance; 2 – Hearsay; 3 – Rule 403; 4 – Best Evidence Rule; 5 – Not Properly Authenticated; 6 – Rule 1006; 7 – Rule 408; 8 – Not Disclosed in Discovery; 9 – Privileged; 10 – Improper Character Evidence; 11 – Improper Opinion; 12 – Incomplete Copy