IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | : |  |
|---|---|---|
| Plaintiff, | : : : | |
| v. | : : | Case No. 1:16-cv-02459-SCJ |
| THOMAS W. AVENT, Jr., and RAYMOND J. PIRRELLO, Jr., | : : : | |
| Defendants. | : | |

PLAINTIFF'S OBJECTIONS TO THOMAS W. AVENT, Jr.'S
LIST OF TRIAL EXHIBITS

| Avent's Exhibit Number | Grounds for Objection |
|---|---|
| 1-2 | Plaintiff objects on relevancy, lack of foundation and hearsay; |
| 3-4 | Plaintiff objects on relevancy, lack of foundation, hearsay and that the statements of defense counsel are argumentative and constitute improper opinion evidence and legal conclusions; |
| 5 | Plaintiff objects on relevancy, authenticity, lack of foundation, completeness and that defendant has not made the original data summarized available as required by Rule 1006; |
| 6 | Plaintiff objects on relevancy, lack of foundation, hearsay and that the statements of defense counsel are argumentative and constitute improper opinion evidence and legal conclusions; |

| Avent's Exhibit Number | Grounds for Objection |
|---|---|
| 7 | Plaintiff objects on relevancy, lack of foundation, completeness and that defendant has not made the original data summarized available as required by Rule 1006; |
| 8 | Plaintiff objects on relevancy, lack of foundation, hearsay and that the statements of defense counsel are argumentative and constitute improper opinion evidence and legal conclusions; |
| 9-12 | Plaintiff objects on lack of foundation and hearsay; |
| 13 | Plaintiff objects on relevancy, lack of foundation and hearsay; |
| 14 | Plaintiff objects on relevancy, authenticity, lack of foundation, hearsay and untimeliness; |
| 15 | Plaintiff may object on relevancy, lack of foundation, hearsay, completeness and untimeliness; |
| 16 | Plaintiff objects on relevancy, authenticity, lack of foundation and untimeliness; |
| 17 | Plaintiff may object on relevancy, lack of foundation, hearsay, completeness and untimeliness; |

| Avent's Exhibit Number | Grounds for Objection |
|---|---|
| 18 | Plaintiff objects on relevancy, authenticity, lack of foundation, hearsay and untimeliness; |
| 19 | Plaintiff may object on relevancy, lack of foundation, hearsay, completeness and untimeliness; |
| 20 | Plaintiff objects on lack of foundation and hearsay; |
| 21-22 | Plaintiff objects on relevancy, lack of foundation and completeness; |
| 23 | Plaintiff objects on relevancy, lack of foundation, hearsay, completeness, legal conclusions and as argumentative; |
| 24-25 | No objection; |
| 26 | Plaintiff may object on relevancy, lack of foundation and/or completeness; |
| 27 | Plaintiff objects on relevancy, lack of foundation, hearsay and completeness; |
| 28 | Plaintiff may object on relevancy, lack of foundation and completeness; |

3

| Avent's Exhibit Number | Grounds for Objection |
|---|---|
| 29 | Plaintiff objects on lack of foundation and hearsay; |
| 30 | Plaintiff objects on relevancy, lack of foundation, hearsay, completeness, legal conclusions and as argumentative; |
| 31 | Plaintiff may object on relevancy, lack of foundation and completeness; |
| 32 | Plaintiff objects on relevancy, lack of foundation and completeness; |
| 33 | Plaintiff may objects on relevancy, lack of foundation and completeness; |
| 34 | Plaintiff objects on relevancy, lack of foundation, hearsay, completeness, untimeliness, legal conclusions and as argumentative; |
| 35 | No objection; |
| 36-39 | Plaintiff objects on relevancy, lack of foundation, hearsay, completeness, legal conclusions, argumentative and that the statements of defense counsel constitute improper opinion evidence; |
| 40 | No objection; |

| Avent's Exhibit Number | Grounds for Objection |
|---|---|
| 41-42 | Plaintiff objects on relevancy, lack of foundation, hearsay, completeness legal conclusions, argumentative and that statements by defense counsel would constitute improper opinion evidence; |
| 43-44 | Plaintiff objects on relevancy, authenticity, lack of foundation, hearsay and untimeliness; |
| 45-46 | Plaintiff objects on authenticity, lack of foundation and completeness; |
| 47 | Plaintiff may object on relevancy, lack of foundation and hearsay; |
| 48 | Plaintiff objects on relevancy, authenticity, lack of foundation and hearsay; |
| 49-52 | Plaintiff objects on relevancy, authenticity, lack of foundation and hearsay; |
| 53 | Plaintiff objects on authenticity, lack of foundation and hearsay; |
| 54-55 | No objection; |

| Avent's Exhibit Number | Grounds for Objection |
|---|---|
| 56 | Plaintiff objects on lack of foundation and hearsay; |
| 57-69 | Plaintiff objects on relevancy, lack of foundation and hearsay; |
| 60 | Plaintiff objects on relevancy, authenticity, lack of foundation and hearsay; |
| 61-63 | Plaintiff objects on relevancy, authenticity, lack of foundation, hearsay and as improper opinion; |
| 64-68 | Plaintiff objects on relevancy, authenticity, lack of foundation and hearsay; |
| 69 | Plaintiff objects on relevancy, authenticity, and lack of foundation; |
| 70-71 | Plaintiff objects on relevancy, authenticity, lack of foundation and hearsay; |
| 72-75 | Plaintiff objects on relevancy, authenticity, lack of foundation, hearsay and that defendant has not made the original data available; |
| 76 | No objection |

| Avent's Exhibit Number | Grounds for Objection |
|---|---|
| 77- 99 | Plaintiff objects on relevancy, authenticity, lack of foundation and that defendant has not made the original data available; |
| 100 | Plaintiff may object on relevancy, lack of foundation and as cumulative of other evidence; |
| 101-102 | Plaintiff objects on relevancy, authenticity and lack of foundation; |
| 103 | Plaintiff may object on authenticity and lack of foundation; |
| 104 | Plaintiff may object on relevancy, lack of foundation, hearsay, completeness and that defendant has not made the original data summarized available as required by Rule 1006; |
| 105 | Plaintiff may object on authenticity and lack of foundation; |
| 106 | Plaintiff objects on relevancy, authenticity and lack of foundation; |

| Avent's Exhibit Number | Grounds for Objection |
|---|---|
| 107-108 | Plaintiff objects on relevancy, authenticity, lack of foundation, hearsay and untimeliness; |
| 109-112 | Plaintiff objects on relevancy, authenticity and lack of foundation; |
| 113 | Plaintiff objects on relevancy, authenticity and lack of foundation; |
| 114 | Plaintiff objects on relevancy, authenticity and lack of foundation; |
| 115-116 | Plaintiff may object on lack of foundation and as cumulative of other evidence; |
| 117 | No objection; |
| 118-566 | Plaintiff objects on relevancy, lack of foundation, hearsay and as cumulative of other evidence; |
| 567-602 | No objection; |

| Avent's Exhibit Number | Grounds for Objection |
|---|---|
| 603-630 | Plaintiff may object on relevancy, hearsay and as cumulative of other evidence; |
| 632-33 | No objection; |
| 634-646 | Plaintiff may object on relevancy, hearsay and as cumulative of other evidence; |
| 647-648 | No objection; |
| 649-651 | Plaintiff may object on relevancy, hearsay and as cumulative of other evidence; |
| 652 | No objection; |
| 653 | Plaintiff may object on relevancy, hearsay and as cumulative of other evidence; |
| 654 | No objection; |
| 655-656 | Plaintiff may object on relevancy, hearsay and as cumulative of other evidence; |

| Avent's Exhibit Number | Grounds for Objection |
|---|---|
| 657-659 | No objection; |
| 660-666 | Plaintiff may object on relevancy, hearsay and as cumulative of other evidence; |
| 667 | No objection; |
| 668-671 | Plaintiff may object on relevancy, hearsay and as cumulative of other evidence; |
| 672 | No objection; |
| 673-74 | Plaintiff may object on relevancy, hearsay and as cumulative of other evidence; |
| 675 | Plaintiff objects on relevancy, lack of foundation and hearsay; |
| 676-681 | Plaintiff may object on relevancy and as cumulative of other evidence; |
| 682 | No objection; |

| Avent's Exhibit Number | Grounds for Objection |
|---|---|
| 683-690 | Plaintiff may object on relevancy, hearsay and as cumulative of other evidence; |
| 691 | No objection; |
| 692 | Plaintiff may object on relevancy, hearsay and as cumulative of other evidence; |
| 693-704 | Plaintiff objects on relevancy and lack of foundation; |
| 705 | Plaintiff objects on relevancy, authenticity, lack of foundation and hearsay |
| 706 | Plaintiff may object on relevancy and lack of foundation; |
| 707 | Plaintiff objects on relevancy, authenticity, lack of foundation and hearsay. |

Dated:  July 21, 2017.

                                             */s/ Robert M. Moye*
John E.  Birkenheier
Georgia Bar No. 058158
birkenheierj@sec.gov
Robert M. Moye (admitted *pro hac vice*)
Illinois Bar No. 6225688
moyer@sec.gov
Ruta G. Dudenas (admitted *pro hac vice*)
Illinois Bar No. 6274848
dudenasr@sec.gov
SECURITIES AND EXCHANGE
COMMISSION
175 West Jackson Boulevard, Suite 900
Chicago, Illinois  60604
(312) 353-7390
(312) 353-7398 (fax)

Pat Huddleston II
Georgia Bar No. 373984
huddlestonp@sec.gov
SECURITIES AND EXCHANGE
COMMISSION
950 East Paces Ferry, N.E., Suite 900
Atlanta, GA 30326-1382
(404) 842-7600
(404) 5752 (fax)

*Attorneys for Plaintiff Securities
and Exchange Commission*

12

**Certificate of Service**

I hereby certify that on July 21, 2017, I caused copies of **Plaintiff's Objections to Defendant Thomas W. Avent, Jr.'s List of Trial Exhibits** to be filed with the Clerk of Court using the Court's CM/ECF system, which sends notification of the filing to all counsel of record.

>　　　　　　　　　　　　　*/s/ Robert M. Moye*
>　　　　　　　　　　　　　Robert M. Moye