**G-3**

## IN THE U.S. DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | Case No. 1:16-cv-02459-SCJ |
| | : | |
| THOMAS W. AVENT, Jr., and RAYMOND J. PIRRELLO, Jr., | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT RAYMOND PIRRELLO'S TRIAL EXHIBITS

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 1. | Pirrello's Bank of New Jersey Account Statements | | |
| 2. | Pirrello's American Express Account Statements | | |
| 3. | Proffer Agreement between the SEC and Raymond Pirrello dated July 22, 2015 | | |
| 4. | Proffer Agreement between the U.S. Attorney's Office District of New Jersey and Raymond Pirrello dated July 22, 2015 | | |
| 5. | Declaration of Marc Abrams | | |

| Exhibit Number | Description | Bates Number, if Available | Objections |
|---|---|---|---|
| 6. | Declaration of John Halle | | |
| 7. | Deposition of Michael Buonacosta | | |
| 8. | Deposition of James Pappalardo | | |
| 9. | Deposition of Mark Penna dated April 18, 2016 | | |
| 10. | Deposition of Anthony Kroot | | |
| 11. | Pirrello's RBC Dain Securities Account Statements | | |

Pirrello reserves the right to amend or supplement this exhibit list, based on additional information obtained prior to or after to the parties' Pre-Trial Conference.  Pirrello, includes by reference both Plaintiff's exhibit list, as well as, Defendant Avent's exhibit list, and also reserves the right to introduce any of the exhibits on the Plaintiff's and Defendants' exhibit lists, as well as any additional documents, declarations, transcripts, pleadings or other materials for use on rebuttal and/or as impeachment.

Dated:  July 21, 2017

*/s/J. Christopher Albanese*
Martin H. Kaplan, Esq.
J. Christopher Albanese
Attorneys for Raymond Pirrello
Gusrae Kaplan Nusbaum, PLLC
120 Wall St., 25th Fl.
New York, NY 10005