IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Case No. 1:16-cv-02459-SCJ |
| THOMAS W. AVENT, Jr., and RAYMOND J. PIRRELLO, Jr., | : |
| Defendants. | : |

**PLAINTIFF'S OBJECTIONS TO RAYMOND J. PIRRELLO, Jr.'S
<u>LIST OF TRIAL EXHIBITS</u>**

| Pirrello's Exhibit Number | Grounds for Objection |
|---|---|
| 1 | Plaintiff may object on relevancy and as cumulative of other evidence; |
| 2 | Plaintiff may object on relevancy and as cumulative of other evidence; |
| 3 | Plaintiff objects on relevancy and lack of foundation; |
| 4 | Plaintiff objects on relevancy, lack of foundation and hearsay; |

| Pirrello's Exhibit Number | Grounds for Objection |
|---|---|
| 5 | Plaintiff objects on lack of foundation and hearsay; |
| 6 | Plaintiff objects on lack of foundation and hearsay; |
| 7 | Plaintiff objects on lack of foundation and hearsay; |
| 8 | Plaintiff objects on lack of foundation and hearsay; |
| 9 | Plaintiff objects on lack of foundation and  hearsay; |
| 10 | Plaintiff may object on lack of foundation and hearsay; |
| 11 | Plaintiff may object on relevancy and as cumulative of other evidence; |

To the extent that Pirrello offers an exhibit from Defendant Thomas W. Avent, Jr.'s exhibit list, Plaintiff reserves the right to assert the same objections against Pirrello's use of the exhibit as stated in response to Avent.  To the extent that Pirrello offers an exhibit from Plaintiff's exhibit list, which has not been

previously been admitted, Plaintiff reserves the right to object that the exhibit lacks foundation or is cumulative of other evidence.

Dated: July 21, 2017.

        */s/ Robert M. Moye*
        John E. Birkenheier
        Georgia Bar No. 058158
        birkenheierj@sec.gov
        Robert M. Moye (admitted *pro hac vice*)
        Illinois Bar No. 6225688
        moyer@sec.gov
        Ruta G. Dudenas (admitted *pro hac vice*)
        Illinois Bar No. 6274848
        dudenasr@sec.gov
        SECURITIES AND EXCHANGE
        COMMISSION
        175 West Jackson Boulevard, Suite 900
        Chicago, Illinois 60604
        (312) 353-7390
        (312) 353-7398 (fax)

        Pat Huddleston II
        Georgia Bar No. 373984
        huddlestonp@sec.gov
        SECURITIES AND EXCHANGE
        COMMISSION
        950 East Paces Ferry, N.E., Suite 900
        Atlanta, GA 30326-1382
        (404) 842-7600
        (404) 5752 (fax)

        *Attorneys for Plaintiff Securities*
        *and Exchange Commission*

## Certificate of Service

      I hereby certify that on July 21, 2017, I caused copies of **Plaintiff's Objections to Defendant Raymond J. Pirrello, Jr.'s List of Trial Exhibits** to be filed with the Clerk of Court using the Court's CM/ECF system, which sends notification of the filing to all counsel of record.

                                         */s/ Robert M. Moye*
                                         Robert M. Moye