**IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE | : | |
| COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | Case No. 1:16-cv-02459-SCJ |
| | : | |
| THOMAS W. AVENT, Jr., and | : | |
| RAYMOND J. PIRRELLO, Jr., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT RAYMOND PIRRELLO'S JOINING
DEFENDANT AVENT'S TRIAL BRIEF ON THE SEC'S BURDEN OF
PROOF**

**DECLARATION OF J. CHRISTOPHER ALBANESE IN JOINING
DEFENDANT AVENT'S TRIAL BRIEF**

Joseph Christopher Albanese, Esq. declares under penalty of perjury,

pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     I am an attorney at Gusrae Kaplan Nusbaum, LLP, the attorneys for

Raymond J. Pirrello ("Pirrello") and submit this declaration in support of the Brief

on the SEC's Burden of Proof submitted on behalf of Defendant Thomas W.

Avent.

2.     On behalf of Pirrello we incorporate by reference Defendant

Avent's Brief on the SEC's Burden of Proof.

3.      We respectfully request that the Court deem this Declaration to be

filed as of July 21, 2017.

Dated:  July 21, 2017

<div style="margin-left: 40%;">

*/s/J. Christopher Albanese*
Martin H. Kaplan, Esq.
J. Christopher Albanese
Attorneys for Raymond Pirrello
Gusrae Kaplan Nusbaum, PLLC
120 Wall St., 25th Fl.
New York, NY 10005

</div>