## Attachment I-1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Case No. 1:16-cv-02459-SCJ |
| THOMAS W. AVENT, Jr., and RAYMOND J. PIRRELLO, Jr., | : : : | |
| Defendants. | : | |

### VERDICT FORM

1. With respect to the SEC's claim that defendant Thomas W. Avent, Jr. violated **Section 10(b) of the Securities Exchange Act and Rule 10b-5** thereunder, we, the jury, find Avent:

    Liable _____          Not Liable _____

2. With respect to the SEC's claim that defendant Raymond J. Pirrello, Jr. violated **Section 10(b) of the Securities Exchange Act and Rule 10b-5** thereunder, we, the jury, find Pirrello:

    Liable _____          Not Liable _____

3. With respect to the SEC's claim that defendant Thomas W. Avent, Jr. violated **Section 14(e) of the Securities Exchange Act and Rule 14e-3** thereunder, we, the jury, find Avent:

    Liable _____          Not Liable _____

4. With respect to the SEC's claim that defendant Raymond J. Pirrello, Jr. violated **Section 14(e) of the Exchange Act and Rule 14e-3** thereunder, we, the jury, find defendant Ray Pirrello:

    Liable _____          Not Liable _____

_____
FOREPERSON

Date _____